**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Waitr Holdings Inc., | Case No. 24-10676 (JTD) |
| Debtor. | TAX ID: 26-3828008 |
| In re: | Chapter 7 |
| Waitr Intermediate Holdings, LLC | Case No. 24-10677 (JTD) |
| Debtor. | TAX ID: 36-4914581 |
| In re: | Chapter 7 |
| Dude Delivery, LLC, | Case No. 24-10678 (JTD) |
| Debtor. | TAX ID: 86-2268751 |
| In re: | Chapter 7 |
| Cape Payments LLC | Case No. 24-10679 (JTD) |
| Debtor. | TAX ID: 87-2158010 |
| In re: | Chapter 7 |
| Bitesquad.com, LLC | Case No. 24-10680 (JTD) |
| Debtor. | TAX ID: 45-5134632 |
| In re: | Chapter 7 |
| ASAP Inc. | Case No. 24-10681 (JTD) |
| Debtor. | TAX ID: 83-2249871 |

31527315.1

| | |
|---|---|
| In re:<br><br>Have Fun, LLC<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-10682 (JTD)<br><br>TAX ID:  N/A |
| In re:<br><br>DDIT, LLC<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-10683 (JTD)<br><br>TAX ID:  90-0923876 |
| In re:<br><br>CDMX Holdings, LLC<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-10684 (JTD)<br><br>TAX ID:  61-1856259 |
| In re:<br><br>Delivery Logistics, LLC<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-10685 (JTD)<br><br>TAX ID:  83-2841858 |
| In re:<br><br>Catering on Demand LLC<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-10686 (JTD)<br><br>TAX ID:  82-4491120 |
| In re:<br><br>KASA Delivery, LLC<br><br>        Debtor.[1] | Chapter 7<br><br>Case No. 24-10687 (JTD)<br><br>TAX ID:  45-5284510 |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective federal tax identification numbers, are:  Waitr Holdings Inc. (8008); Waitr Intermediate Holdings, LLC (4581); Dude Delivery, LLC (8751); Cape Payments LLC (8010); Bitesquad.com, LLC (4632); ASAP Inc. (9871); Have Fun, LLC (N/A); DDIT, LLC (3876); CDMX Holdings, LLC (6259); Delivery Logistics, LLC (1858); Catering on Demand LLC (1120); and KASA Delivery, LLC (4510).  The Debtors' service address is PO Box 3785, Lafayette, Louisiana 70502.

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing date:

**May 7, 2024 at 11:00 a.m. (ET)**

**Dated: April 9th, 2024**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**

31527315.1

3