**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Waitr Holdings Inc., | Case No. 24-10676 (JTD) |
| Debtor. | TAX ID:  26-3828008 |
| In re: | Chapter 7 |
| Waitr Intermediate Holdings, LLC | Case No. 24-10677 (JTD) |
| Debtor. | TAX ID:  36-4914581 |
| In re: | Chapter 7 |
| Dude Delivery, LLC, | Case No. 24-10678 (JTD) |
| Debtor. | TAX ID:  86-2268751 |
| In re: | Chapter 7 |
| Cape Payments LLC | Case No. 24-10679 (JTD) |
| Debtor. | TAX ID:  87-2158010 |
| In re: | Chapter 7 |
| Bitesquad.com, LLC | Case No. 24-10680 (JTD) |
| Debtor. | TAX ID:  45-5134632 |
| In re: | Chapter 7 |
| ASAP Inc. | Case No. 24-10681 (JTD) |
| Debtor. | TAX ID:  83-2249871 |

| | |
|---|---|
| In re:<br><br>Have Fun, LLC<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 24-10682 (JTD)<br><br>TAX ID:  N/A |
| In re:<br><br>DDIT, LLC<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 24-10683 (JTD)<br><br>TAX ID:  90-0923876 |
| In re:<br><br>CDMX Holdings, LLC<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 24-10684 (JTD)<br><br>TAX ID:  61-1856259 |
| In re:<br><br>Delivery Logistics, LLC<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 24-10685 (JTD)<br><br>TAX ID:  83-2841858 |
| In re:<br><br>Catering on Demand LLC<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Case No. 24-10686 (JTD)<br><br>TAX ID:  82-4491120 |
| In re:<br><br>KASA Delivery, LLC<br><br><div align="center">Debtor.[1]</div> | Chapter 7<br><br>Case No. 24-10687 (JTD)<br><br>TAX ID:  45-5284510 |

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their respective federal tax identification numbers, are:  Waitr Holdings Inc. (8008); Waitr Intermediate Holdings, LLC (4581); Dude Delivery, LLC (8751); Cape Payments LLC (8010); Bitesquad.com, LLC (4632); ASAP Inc. (9871); Have Fun, LLC (N/A); DDIT, LLC (3876); CDMX Holdings, LLC (6259); Delivery Logistics, LLC (1858); Catering on Demand LLC (1120); and KASA Delivery, LLC (4510).  The Debtors' service address is PO Box 3785, Lafayette, Louisiana 70502.

**SCHEDULES OF ASSETS AND LIABILITIES FOR
<u>WAITR HOLDINGS INC. (CASE NO. 24-10676)</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Waitr Holdings Inc.,<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10676 (JTD)<br><br>TAX ID:  26-3828008 |
| In re:<br><br>Waitr Intermediate Holdings, LLC<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10677 (JTD)<br><br>TAX ID:  36-4914581 |
| In re:<br><br>Dude Delivery, LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10678 (JTD)<br><br>TAX ID:  86-2268751 |
| In re:<br><br>Cape Payments LLC<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10679 (JTD)<br><br>TAX ID:  87-2158010 |
| In re:<br><br>Bitesquad.com, LLC<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10680 (JTD)<br><br>TAX ID:  45-5134632 |
| In re:<br><br>ASAP Inc.<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10681 (JTD)<br><br>TAX ID:  83-2249871 |

31518121.8

| | |
|---|---|
| In re:<br><br>Have Fun, LLC<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10682 (JTD)<br><br>TAX ID:  N/A |
| In re:<br><br>DDIT, LLC<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10683 (JTD)<br><br>TAX ID:  90-0923876 |
| In re:<br><br>CDMX Holdings, LLC<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10684 (JTD)<br><br>TAX ID:  61-1856259 |
| In re:<br><br>Delivery Logistics, LLC<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10685 (JTD)<br><br>TAX ID:  83-2841858 |
| In re:<br><br>Catering on Demand LLC<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10686 (JTD)<br><br>TAX ID:  82-4491120 |
| In re:<br><br>KASA Delivery, LLC<br><br>               Debtor.[1] | Chapter 7<br><br>Case No. 24-10687 (JTD)<br><br>TAX ID:  45-5284510 |

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective federal tax identification numbers, are: Waitr Holdings Inc. (8008); Waitr Intermediate Holdings, LLC (4581); Dude Delivery, LLC (8751); Cape Payments LLC (8010); Bitesquad.com, LLC (4632); ASAP Inc. (9871); Have Fun, LLC (N/A); DDIT, LLC (3876); CDMX Holdings, LLC (6259); Delivery Logistics, LLC (1858); Catering on Demand LLC (1120); and KASA Delivery, LLC (4510).  The Debtors' service address is PO Box 3785, Lafayette, Louisiana 70502.

31518121.8

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and together with the Schedules, collectively, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

1.  On April 2, 2024, each of the Debtors filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The information provided herein is presented as of January 31, 2024, other than the cash balance listed in Schedule A/B, Part 1, which is presented as of April 1, 2024.

2.  While the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate. Historically, the Debtors tracked their financial information on a consolidated basis at Debtor Waitr Holdings Inc. ("**Waitr Holdings**"). The Debtors have used their best efforts to report assets and liabilities by Debtor, but due to the Debtors' historical record-keeping practices, certain items listed in the Schedules and Statements for Waitr Holdings may relate to other Debtors.

3.  In reviewing and signing the Schedules and Statements, Armen Yeghyazarians, the duly authorized and designated representative of the Debtors (the "**Authorized Representative**"), has necessarily relied upon the prior efforts, statements, and representations of other former employees, independent contractors, and professionals of the Debtors. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and Statements, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

---

[2]  These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

4.    The Debtors and their past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.    The Debtors and their past or present officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.    While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.    In no event shall the Debtors or their past or present officers, employees, attorneys, professionals, and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

5.    The Debtors reserve their rights to amend the Schedules and Statements as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."    These Global Notes will apply to all such amendments.    Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.    Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.    Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."    Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.    Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them.    The Debtors reserve all of their rights with respect to any such credits and allowances.    Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

7.    Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.    In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

31518121.8

8.  At times, the preparation of the Schedules and the Statements required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Bankruptcy Rule 1009, the Debtors may amend their Schedules and Statements as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or Statements.

9.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

10. Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action but, if the Debtors were unable to identify a specific Debtor, the Litigation Action was listed in the Schedules and Statements of Waitr Holdings. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.  The Debtors have endeavored to list the case number for each Litigation Action where possible, but do not have that information readily available for every Litigation Action.

11. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) current or former directors, officers, or persons in control of the Debtors; (b) relatives of current or former directors, officers, or persons in control of the Debtors; (c) a partnership in which the Debtors is a general partner; or (d) an affiliate of the Debtors.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

## NOTES FOR SCHEDULES

1.  **Schedule A/B – Assets – Real and Personal Property**.  The amounts listed in Part 1 are as of April 1, 2024, which is the most recent information available to the Debtors.  Certain of the Debtors' bank

accounts are listed with a $0.00 balance because they are zero-balance accounts that are automatically swept to the Debtors' primary bank account, ending in 2504 at Bank of America N.A., at the end of each day.  These accounts are marked accordingly in Schedule A/B, Part 1.

With respect to Schedule A/B, question 8, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, and their administrative advisor, Epiq Corporate Restructuring, LLC, on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed.  This amounts paid are listed in response to Statement 11.

With respect to Schedule A/B, question 11, the Debtors are currently unable to determine the amount of receivables collected in the 90 days preceding the Petition Date because certain amounts were collected within a few days of the Petition Date, and the Debtors' employees were all terminated around the same time.

With respect to Schedule A/B, question 15, Waitr Holdings acquired 28,271 shares of Series D stock in Figure Technologies, Inc. in June 2021 for $499,995.26.  The percentage ownership is not listed in Schedule A/B, question 15, because the total number of issued shares of Series D stock is unknown.

2. **Schedule E/F – Creditors Who Have Unsecured Claims**.  As noted above, the Debtors historically tracked their financial information on a consolidated basis at Waitr Holdings.  The Debtors have used their best efforts to report claims against the appropriate Debtor in Schedule E/F, but if they were unable to determine the appropriate Debtor, such claims have been listed in Schedule E/F for Waitr Holdings.

Part 2 of Schedule E/F for ASAP, Inc. and BiteSquad.com, LLC does not include estimated liabilities for outstanding gift cards/credits on an individual basis because ASAP, Inc. and BiteSquad.com, LLC do not track individual gift card holders and/or user credits. As of the Petition Date, the total amount outstanding on account of gift cards and user credits by BiteSquad.com, LLC and ASAP, Inc. is $3,267,953.09 and $679,953.90, respectively.

Certain third party sales agents who receive payments based on residual payment processing revenue are listed in Schedule E/F with claims as of January 31, 2024, which is the most recent information available to the Debtors.  Historically, the Debtors issued payments to their sales agents related to these residuals approximately two months in arrears, consistent with the Debtors' receipt of the residual payments.

There are various claims listed for restaurants in Schedule E/F, consistent with the Debtors' most recent accounts payable.  These claims may relate to (i) early termination fees for restaurants who terminated their prior credit card processing services so they could obtain services through the Debtors (the "**CCP Fees**") and (ii) bounced checks and returned ACH transfers related to pre-petition payments issued by the Debtors to the restaurants.  The amounts listed as owed to restaurants, particularly due to returned payments in the weeks preceding the Petition Date, may not be accurate and, accordingly, such claims have been listed as contingent in Schedule E/F.

In addition, due to the termination of the Debtors' employees immediately preceding the Petition Date, the Debtors have not separately assessed each claim in Schedule E/F for its basis or analyzed whether each claim is contingent, unliquidated or disputed.  Accordingly, many claims are listed as

trade payables as a default, but may have a different basis.  The Debtors reserve all rights regarding the categorization and classification of the claims in Schedule E/F.

The Debtors issued the final payroll for their employees shortly before the Petition Date.  Certain amounts owed to employees related to the Debtors' 401(k) benefits plan may not have been processed due to the proximity of when the payments were made to the Petition Date.  The Debtors are working with the chapter 7 trustee to determine the status of these payments and they are not reflected in Schedule E/F.

3.  **Schedule G – Executory Contracts and Unexpired Leases**.  The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

## NOTES FOR STATEMENTS

1.  **Statement 1 and Statement 2**.  The gross revenue from business and non-business revenue disclosed listed for 2024 in Statement 1 and Statement 2 covers the period from January 1, 2024 through January 31, 2024.

    With respect to Debtor Dude Delivery, LLC, Statement 1 only covers the period of January 1, 2022 through December 31, 2022, because Dude Delivery, LLC's operations were subsequently transitioned and integrated into the operations of Debtor ASAP Inc.

2.  **Statement 3**.  Any values listed in this section are separate and not repeated in Statement 4 (payments or other transfers of property made within one year before filing these cases that benefited any insider) or Statement 11 (payments related to bankruptcy within one year of filing).  Please refer to those sections for payments related to those parties.

    Historically, certain Debtors issued relatively de minimis payments to certain restaurants for various items, including (i) CCP Fees and (ii) various payments related to the Foodify business previously operated by Debtor Catering on Demand LLC (the "**Foodify Payments**").  It would be unduly burdensome to list each of these transfers separately, so they are aggregated in SOFA 3 and described as "Credits to Restaurant" or "Restaurant Payments," respectively.  In addition, due to the termination of the Debtors' employees shortly before the Petition Date, the Debtors currently only have records of the Foodify Payments through March 9, 2024.

3.  **Statement 4**. Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

4.  **Statement 11**.  The payments related to bankruptcy are reflected on the Schedules of the Debtor that made the payments, but such payments were made on behalf of all of the Debtors.

31518121.8

5.  **Statement 20**.  The Debtors do not have the names of the individuals with access to their off-premises storage and, accordingly, that information is not listed in Statement 20.

6.  **Statement 26b**.  The Debtors engaged Pannell Kerr Forster of Texas, P.C. ("**PKF**") as their auditor, but that engagement ceased and PKF never completed a review or audit.  Accordingly, PKF is not listed in Statement 26b.

7.  **Statement 26d**.  The Debtors provided financial statements in the ordinary course of their businesses to certain parties within two years immediately before the Petition Date, including with respect to the Debtors' prior restructuring and financing efforts.  Considering the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d.

    Additionally, from time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in Part 13, Question 26 of the Statements. Moreover, as a public company, the Debtors' financial statements are publicly available.

8.  **Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Waitr Holdings Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-10676</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
| --- |

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $459,985,534.20 |
| --- |

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $459,985,534.20 |
| --- |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| NOT APPLICABLE |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
| --- |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $51,569,431.64 |
| --- | --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $51,569,431.64 |
| --- |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Waitr Holdings Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-10676</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      CASH AND CASH EQUIVALENTS

1.    **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.    **CASH ON HAND**
      **NONE**

3.    **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
      *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    BANK OF AMERICA, N.A. | CHECKING | 2494 | $0.00 |

4.    **OTHER CASH EQUIVALENTS**

| | | |
|---|---|---|
| 4.1.    INSURANCE ACCOUNT AT CITIBANK, N.A. RELATED TO GALLAGHER BASSETT | | $38,824.54 |

5     Total of Part 1.
      ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.          | $38,824.54 |

### Part 2:      DEPOSITS AND PREPAYMENTS

6.    **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.    **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**
      DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT
      **NONE**

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | PREPAID INSURANCE - AFCO | $1,045,320.00 |
| 8.2. | PREPAID INSURANCE - GALLAGHER | $84,075.53 |
| 8.3. | PREPAID INSURANCE - IPFS | $589,539.08 |
| 8.4. | PREPAID INSURANCE - RISK STRATEGIES | $115,855.39 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,834,790.00 |

**Part 3:    ACCOUNTS RECEIVABLE**

| **10.** | **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?** |
|---|---|
| | ☐ No. Go to Part 4. |
| | ☒ Yes. Fill in the information below. |

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | | | | |
| | FACE AMOUNT - OVER 90 DAYS | $800,000.00 face amount | - | $0.00 doubtful or uncollectable accounts | = → | $800,000.00 |

| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $800,000.00 |
|---|---|---|

**Part 4:    INVESTMENTS**

| **13.** | **DOES THE DEBTOR OWN ANY INVESTMENTS?** |
|---|---|
| | ☐ No. Go to Part 5. |
| | ☒ Yes. Fill in the information below. |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| | Name of entity | % of ownership | |
| 15.1. | FIGURE TECHNOLOGIES, INC. | SEE GLOBAL NOTES% | UNDETERMINED |
| 15.2. | WAITR INTERMEDIATE HOLDINGS, LLC | 100% | UNDETERMINED |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNDETERMINED |

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

---

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |

| **23  Total of Part 5.**  ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |
|---|---|

**24.  Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| **33  Total of Part 6.**  ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---------|------------------------------------------------------------|

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39. OFFICE FURNITURE** | | | |
| **40. OFFICE FIXTURES** | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| **43 Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | NOT APPLICABLE |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---------|-------------------------------------|

46. **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 50. | OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT) | | | |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | NOT APPLICABLE |
|---|---|---|---|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☒ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 9:    REAL PROPERTY

**54.** DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | MONTLIMAR DRIVE - MOBILE OFFICE - 1201 MONTLIMAR DRIVE, SUITE 325, MOBILE, AL | REAL PROPERTY LEASE | UNDETERMINED | N/A | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | UNDETERMINED |
|---|---|---|---|---|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY

**59.** DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS | | | |
| 61. | INTERNET DOMAIN NAMES AND WEBSITES | | | |
| 62. | LICENSES, FRANCHISES, AND ROYALTIES | | | |
| 63. | CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| 64. | OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 64. | OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| 65. | GOODWILL | | | |
| 66 | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | NOT APPLICABLE |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 11:    ALL OTHER ASSETS

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | **NONE** | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.1. | FEDERAL NOLS | Tax year 2023 | $241,691,831.00 |
| 72.2. | STATE NOL - ALABAMA | Tax year 2023 | $15,971,155.09 |
| 72.3. | STATE NOL - ARKANSAS | Tax year 2023 | $8,660,264.22 |
| 72.4. | STATE NOL - CALIFORNIA | Tax year 2023 | $1,447,341.00 |
| 72.5. | STATE NOL - FLORIDA | Tax year 2023 | $21,570,827.19 |
| 72.6. | STATE NOL - GEORGIA | Tax year 2023 | $8,017,067.42 |
| 72.7. | STATE NOL - HAWAII | Tax year 2023 | $5,723,558.72 |
| 72.8. | STATE NOL - ILLINOIS | Tax year 2023 | $36,044.00 |
| 72.9. | STATE NOL - INDIANA | Tax year 2023 | $60,641.00 |
| 72.10. | STATE NOL - IOWA | Tax year 2023 | $251,686.00 |
| 72.11. | STATE NOL - KANSAS | Tax year 2023 | $171,360.69 |
| 72.12. | STATE NOL - KENTUCKY | Tax year 2023 | $83,549.77 |
| 72.13. | STATE NOL - LOUISIANA | Tax year 2023 | $117,755,106.77 |
| 72.14. | STATE NOL - MARYLAND | Tax year 2023 | $294,414.62 |
| 72.15. | STATE NOL - MASSACHUSETTS | Tax year 2023 | $449.94 |
| 72.16. | STATE NOL - MINNESOTA | Tax year 2023 | $5,662,475.94 |
| 72.17. | STATE NOL - MISSISSIPPI | Tax year 2023 | $19,246,000.65 |
| 72.18. | STATE NOL - MISSOURI | Tax year 2023 | $158,900.66 |
| 72.19. | STATE NOL - NEBRASKA | Tax year 2023 | $17,265.33 |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | | | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | | | |
| | 72.20. STATE NOL - NEW MEXICO | Tax year | 2023 | $150,929.00 |
| | 72.21. STATE NOL - NORTH CAROLINA | Tax year | 2023 | $382,278.48 |
| | 72.22. STATE NOL - NORTH DAKOTA | Tax year | 2023 | $1,215,944.99 |
| | 72.23. STATE NOL - OKLAHOMA | Tax year | 2023 | $187,090.96 |
| | 72.24. STATE NOL - SOUTH CAROLINA | Tax year | 2023 | $5,708,550.89 |
| | 72.25. STATE NOL - TENNESSEE | Tax year | 2023 | $1,930,011.16 |
| | 72.26. STATE NOL - VIRGINIA | Tax year | 2023 | $203,801.32 |
| | 72.27. STATE NOL - WISCONSIN | Tax year | 2023 | $713,372.85 |

**73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

NONE

**74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

NONE

**75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $457,311,919.66 |
|---|---|---|

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $38,824.54 | |
| **81.** | Deposits and prepayments. *Copy line 9, Part 2.* | $1,834,790.00 | |
| **82.** | Accounts receivable. *Copy line 12, Part 3.* | $800,000.00 | |
| **83.** | Investments. *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | Inventory. *Copy line 23, Part 5.* | | |

| | | |
|---|---|---|
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | |
| 90. | **All other assets.** *Copy line 78, Part 11.* ✚ | $457,311,919.66 |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $459,985,534.20  ✚ 91b.  UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $459,985,534.20 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Waitr Holdings Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-10676</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

<span style="float:right">12/15</span>

**Be as complete and accurate as possible.**

1.    1.   **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor      Waitr Holdings Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number     24-10676
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>AMHERST COUNTY TREASURER<br>PO BOX 449<br>AMHERST, VA  24521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ANDERSON COUNTY TREASURER<br>PO BOX 8002<br>ANDERSON, SC  29622<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ARKANSAS COUNTY TAX COLLECTOR<br>101 COURT SQUARE<br>DEWITT, AR  72042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.4** **Priority creditor's name and mailing address**

ARKANSAS DEPT OF FINANCE & ADMIN
1900 W 7TH ST, LITTLE ROCK, AR 72201
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.5** **Priority creditor's name and mailing address**

ARLINGTON COUNTY TREASURER
PO BOX 1754
MERRIFIELD, VA  22116-1754

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.6** **Priority creditor's name and mailing address**

ASCENSION PARISH SHERIFF & TAX COLLECTOR
PO BOX 118
GONZALES, LA  70707

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.7** **Priority creditor's name and mailing address**

ATTALA COUNTY TAX COLLECTOR
112 N WELLS ST
KOSCIUSKO, MS  39090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.8** **Priority creditor's name and mailing address**

AVOYELLES PARISH TAX COLLECTOR
675 GOVERNMENT ST
MARKSVILLE, LA  71351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | **Total claim** | **Priority amount** |
|--|--|--|--|--|
| 2.9 | **Priority creditor's name and mailing address** <br><br>BALDWIN COUNTY REVENUE COMMISSIONER <br>PO BOX 538517 <br>ATLANTA, GA  30353 <br><br>**Date or dates debt was incurred** <br><br>**Last 4 digits of account number:** <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL TAX LIABILITY <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address** <br><br>BALDWIN TOWN TAX COLLECTOR <br>PO BOX 800 <br>BALDWIN, LA  70514 <br><br>**Date or dates debt was incurred** <br><br>**Last 4 digits of account number:** <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL TAX LIABILITY <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.11 | **Priority creditor's name and mailing address** <br><br>BARBOUR COUNTY REVENUE COMMISSIONER <br>405 E BARBOUR ST <br>EUFAULA, AL  36027 <br><br>**Date or dates debt was incurred** <br><br>**Last 4 digits of account number:** <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL TAX LIABILITY <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address** <br><br>BARTLETT CITY TAX COLLECTOR <br>6400 STAGE RD <br>PO BOX 341148 <br>BARTLETT, TN  38184 <br><br>**Date or dates debt was incurred** <br><br>**Last 4 digits of account number:** <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL TAX LIABILITY <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address** <br><br>BASTROP CITY TAX COLLECTOR <br>PO BOX 431 <br>BASTROP, LA  71221 <br><br>**Date or dates debt was incurred** <br><br>**Last 4 digits of account number:** <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☑ Contingent <br>☑ Unliquidated <br>☑ Disputed <br><br>**Basis for the claim:** <br>POTENTIAL TAX LIABILITY <br><br>**Is the claim subject to offset?** <br>☑ No <br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.14 | **Priority creditor's name and mailing address**<br><br>BEAUREGARD PARISH SHERIFF &<br>EX-OFFICIO TAX COLLECTOR<br>PO BOX 370<br>DERIDDER, LA  70634<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.15 | **Priority creditor's name and mailing address**<br><br>BEDFORD COUNTY TREASURER<br>122 E MAIN ST STE 101<br>BEDFORD, VA  24523<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.16 | **Priority creditor's name and mailing address**<br><br>BELL COUNTY TAX APPRAISAL DISTRICT<br>PO BOX 390<br>BELTON, TX  76513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.17 | **Priority creditor's name and mailing address**<br><br>BENTON COUNTY TAX COLLECTOR<br>215 E CENTRAL AVE RM 101<br>BENTONVILLE, AR  72712<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.18 | **Priority creditor's name and mailing address**<br><br>BOGALUSA CITY TAX COLLECTOR<br>PO DRAWER 1179<br>BOGALUSA, LA  70429<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**

BOSSIER CITY TAX COLLECTOR
PO BOX 5399
BOSSIER CITY, LA  71171-5337

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.20** | **Priority creditor's name and mailing address**

BOSSIER PARISH SHERIFF
PO BOX 850
BENTON, LA  71006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.21** | **Priority creditor's name and mailing address**

BOWIE COUNTY TAX ASSESSOR
COLLECTOR
PO BOX 6527
TEXARKANA, TX  75505-6527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.22** | **Priority creditor's name and mailing address**

BRAZORIA COUNTY TAX ASSESSOR
COLLECTOR
PO BOX 1586
LAKE JACKSON, TX  77566

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.23** | **Priority creditor's name and mailing address**

BRISTOL CITY TREASURER
497 CUMBERLAND ST, RM 102
BRISTOL, VA  24201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | | |
|--------|---------------------|--|--|
| | (Name) | | |

Case number (if known) 24-10676

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.24** **Priority creditor's name and mailing address**

BROOKHAVEN CITY TAX COLLECTOR
301 S 1ST ST. , RM 109
BROOKHAVEN, MS  39601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.25** **Priority creditor's name and mailing address**

BUTLER COUNTY REVENUE COMMISSIONER
700 CT SQ
GREENVILLE, AL  36037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.26** **Priority creditor's name and mailing address**

CADDO PARISH SHERIFF OFFICE TAX DEPARTMENT
PO BOX 20905
SHREVEPORT, LA  71120-0905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.27** **Priority creditor's name and mailing address**

CADDO PARISH SHERIFFS OFFICE TAX DEP
PO BOX 20905
SHREVEPORT, LA  71120-0905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.28** **Priority creditor's name and mailing address**

CALCASIEU PARISH SHERIFF AND TAX COLLECTOR
PO BOX 1450
LAKE CHARLES, LA  70602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.29**    **Priority creditor's name and mailing address**

CAMPBELL COUNTY TREASURER
PO BOX 37
RUSTBURG, VA 24588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.30**    **Priority creditor's name and mailing address**

CHAMBERS COUNTY REVENUE COMMISSIONER
2 S LAFAYETTE ST STE A
LAFAYETTE, AL 36862

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.31**    **Priority creditor's name and mailing address**

CHARLESTON COUNTY TREASURER
PO BOX 603517
CHARLOTTE, NC 28260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.32**    **Priority creditor's name and mailing address**

CHESTER COUNTY TRUSTEE
PO BOX 386
HENDERSON, TN 38340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.33**    **Priority creditor's name and mailing address**

CHILTON COUNTY TAX COLLECTOR
PO BOX 987
SELMA, AL 36702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.34**

**Priority creditor's name and mailing address**

CHURCH POINT TOWN TAX COLLECTOR
102 CHURCH BLVD
CHURCH POINT, LA 70525

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.35**

**Priority creditor's name and mailing address**

CITY OF  ANDERSON
601 SOUTH MAIN STREET
ANDERSON, SC  29624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.36**

**Priority creditor's name and mailing address**

CITY OF  BELLA VISTA
PO BOX 5655
BELLA VISTA, AR  72714

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.37**

**Priority creditor's name and mailing address**

CITY OF  BENTON
PO BOX 607
BENTON, AR  72018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.38**

**Priority creditor's name and mailing address**

CITY OF  CAYCE
1800 12TH STREET EXT
PO BOX 2004
CAYCE, SC  29171

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.39** | **Priority creditor's name and mailing address**
CITY OF  CENTERTON
PO BOX 208
CENTERTON, AR  72719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.40** | **Priority creditor's name and mailing address**
CITY OF  CLARKSVILLE
205 WALNUT STREET
CLARKSVILLE, AR  72830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.41** | **Priority creditor's name and mailing address**
CITY OF  COLUMBIA
PO BOX 7997
COLUMBIA, SC  29202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.42** | **Priority creditor's name and mailing address**
CITY OF  COLUMBIA (IRMO)
PO BOX 11947
COLUMBIA (IRMO), SC  29211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.43** | **Priority creditor's name and mailing address**
CITY OF  COLUMBIA (RICHLAND)
PO BOX 11947
COLUMBIA (RICHLAND), SC  29211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>CITY OF  CONWAY<br>PO BOX 1404<br>CONWAY, AR  72033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br><br>CITY OF  CONWAY (CABOT)<br>PO BOX 9668<br>CONWAY (CABOT), AR  72033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.46 | **Priority creditor's name and mailing address**<br><br>CITY OF  EASLEY<br>PO BOX 466 EASLEY SC 29641<br>EASLEY, SC  29641<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.47 | **Priority creditor's name and mailing address**<br><br>CITY OF  FAYETTEVILLE<br>113 WEST MOUNTAIN<br>FAYETTEVILLE, AR  72701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.48 | **Priority creditor's name and mailing address**<br><br>CITY OF  FOUNTAIN INN<br>200 NORTH MAIN STREET<br>FOUNTAIN INN, SC  29644<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.49** | **Priority creditor's name and mailing address**<br>CITY OF  GREENVILLE<br>PO BOX 2207<br>GREENVILLE, SC  29602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.50** | **Priority creditor's name and mailing address**<br>CITY OF  GREER<br>301 E. POINSETT ST.<br>CITY HALL<br>GREER, SC  29651<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.51** | **Priority creditor's name and mailing address**<br>CITY OF  HOT SPRINGS<br>PO BOX 6000<br>HOT SPRINGS, AR  71902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.52** | **Priority creditor's name and mailing address**<br>CITY OF  LEXINGTON<br>PO BOX 397 LEXINGTON SC 29071<br>LEXINGTON, SC  29071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.53** | **Priority creditor's name and mailing address**<br>CITY OF  LOWELL<br>216 N LINCOLN ST<br>LOWELL, AR  72745<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br>CITY OF  MAULDIN<br>HOSPITALITY TAX<br>PO BOX 249<br>MAULDIN, SC  29662<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br>CITY OF  SHERWOOD<br>PO BOX 6256<br>SHERWOOD, AR  72124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br>CITY OF  SIMPSONVILLE<br>118 N.E. MAIN ST<br>SIMPSONVILLE, SC  29681<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br>CITY OF  SPARTANBURG<br>PO BOX 5666<br>SPARTANBURG, SC  29304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br>CITY OF  WEST COLUMBIA<br>PO BOX 4044<br>WEST COLUMBIA, SC  29171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | | |
|---|---|---|---|---|---|
| | | | | Total claim | Priority amount |

| 2.59 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
CITY OF BELLA VISTA
101 TOWN CENTER
BELLA VISTA, AR 72714

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.60 Priority creditor's name and mailing address**
CITY OF BELLEVUE TAX DIVISION
PO BOX 743041
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.61 Priority creditor's name and mailing address**
CITY OF BENTON
114 S EAST ST
BENTON, AR 72015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.62 Priority creditor's name and mailing address**
CITY OF CENTERTON
200 MUNICIPAL DR
CENTERTON, AR 72719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.63 Priority creditor's name and mailing address**
CITY OF COLUMBIA
1136 WASHINGTON ST
COLUMBIA, SC 29217-0147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | | Case 24-10676-JTD    Doc 16    Filed 04/16/24    Page 35 of 118 |
|--------|---------------------|--|

Debtor    Waitr Holdings Inc.

(Name)

Case number (if known)    24-10676

**Part 1:    Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.64** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | CITY OF CONWAY | | |
| | 1111 MAIN ST | | |
| | CONWAY, AR 72032 | | |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.65** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | CITY OF EASLEY | | |
| | 205 N FIRST ST | | |
| | EASLEY, SC 29640 | | |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.66** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | CITY OF JOHNSON CITY | | |
| | ATTN: BUSINESS LICENSE DEPARTMENT | | |
| | JOHNSON CITY, TN 37605 | | |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.67** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | CITY OF KNOXVILLE | | |
| | 3131 MORRIS AVE | | |
| | KNOXVILLE, TN 37909 | | |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.68** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | CITY OF VERO BEACH | | |
| | PO BOX 1389 | | |
| | VERO BEACH, FL 32961-1389 | | |

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.69** | **Priority creditor's name and mailing address**<br>CITY OF WAUSAU TAX COLLECTOR<br>PO BOX 78510<br>MILWAUKEE, WI 54403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.70** | **Priority creditor's name and mailing address**<br>CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY - 2ND FLOOR<br>LAS VEGAS, NV 89155<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.71** | **Priority creditor's name and mailing address**<br>CLARK COUNTY TAX COLLECTOR<br>401 CLAY ST<br>ARKADELPHIA, AR 71923<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.72** | **Priority creditor's name and mailing address**<br>CLARKE COUNTY REVENUE COMMISSIONER<br>PO BOX 9<br>GROVE HILL, AL 36451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.73** | **Priority creditor's name and mailing address**<br>CLAY COUNTY TAX COLLECTOR<br>1 COURTHOUSE SQ<br>LIBERTY, MO 64068<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.74 | **Priority creditor's name and mailing address**<br><br>CLEAR CREEK ISD TAX COLLECTOR<br>PO BOX 799<br>LEAGUE CITY, TX  77574<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.75 | **Priority creditor's name and mailing address**<br><br>CLEAR LAKE CITY WATER AUTHORITY TAX COLLECTOR<br>900 BAY AREA BLVD<br>HOUSTON, TX  77058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.76 | **Priority creditor's name and mailing address**<br><br>CLEBURNE COUNTY TAX COLLECTOR<br>320 W MAIN ST<br>HEBER SPRINGS, AR  72543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.77 | **Priority creditor's name and mailing address**<br><br>CLEVELAND COUNTY TREASURER<br>201 S JONES, STE 100<br>NORMAN, OK  73069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.78 | **Priority creditor's name and mailing address**<br><br>COLLIERVILLE TOWN TAX DEPARTMENT<br>500 POPLAR VIEW PARKWAY<br>COLLIERVILLE, TN  38017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.79 | **Priority creditor's name and mailing address**<br><br>COLUMBIA COUNTY TAX COLLECTOR<br>101 BOUNDARY ST, SUITE 104<br>MAGNOLIA, AR  71753<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.80 | **Priority creditor's name and mailing address**<br><br>COMANCHE COUNTY TREASURER<br>315 SW 5TH ST, RM 300<br>LAWTON, OK  73501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.81 | **Priority creditor's name and mailing address**<br><br>CONCORDIA PARISH TAX COLLECTOR<br>4001 CARTER STREET, RM 6<br>VIDALIA, LA  71373<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.82 | **Priority creditor's name and mailing address**<br><br>COVINGTON COUNTY REVENUE COMMISSIONER<br>1 N CT SQ<br>ANDALUSIA, AL  36420<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.83 | **Priority creditor's name and mailing address**<br><br>CRAIGHEAD COUNTY TAX COLLECTOR<br>PO BOX 9276<br>JONESBORO, AR  72403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.84**

**Priority creditor's name and mailing address**

CRAWFORD COUNTY TAX COLLECTOR
300 MAIN ST, RM 2
VAN BUREN, AR 72956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.85**

**Priority creditor's name and mailing address**

CROSS COUNTY TAX COLLECTOR
705 UNION AVE E, STE 10
WYNNE, AR 72396

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.86**

**Priority creditor's name and mailing address**

CROWLEY CITY TAX COLLECTOR
PO BOX 1463
CROWLEY, LA 70527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.87**

**Priority creditor's name and mailing address**

CUSTER COUNTY TREASURER
PO BOX 200
ARAPAHO, OK 73620

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.88**

**Priority creditor's name and mailing address**

CYPRESS FAIRBANKS ISD ASSESSOR
10494 JONES RD, STE 106
HOUSTON, TX 77065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.89** | **Priority creditor's name and mailing address**

DALLAS COUNTY TAX ASSESSOR
COLLECTOR
PO BOX 139066
DALLAS, TX 75313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.90** | **Priority creditor's name and mailing address**

DALLAS COUNTY TAX COLLECTOR
PO BOX 987
SELMA, AL 36702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.91** | **Priority creditor's name and mailing address**

DARLINGTON COUNTY TREASURER
1 PUBLIC SQ, RM 203
DARLINGTON, SC 29532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.92** | **Priority creditor's name and mailing address**

DAVIDSON COUNTY METROPOLITAN
TRUSTEE
PO BOX 305012
NASHVILLE, TN 37230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.93** | **Priority creditor's name and mailing address**

DEER PARK CITY TAX
ASSESSOR-COLLECTOR
PO BOX 700
DEER PARK, TX 77536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor   Waitr Holdings Inc.
         (Name)

Case number (if known)   24-10676

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.94 | **Priority creditor's name and mailing address**<br><br>DELAWARE COUNTY TREASURER<br>PO BOX 1080<br>JAY, OK 74346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.95 | **Priority creditor's name and mailing address**<br><br>DESOTO COUNTY TAX COLLECTOR<br>365 LOSHER ST, STE 110<br>HERNANDO, MS 38632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br><br>DEXTER CITY TAX COLLECTOR<br>301 E STODDARD ST<br>DEXTER, MO 63841<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.97 | **Priority creditor's name and mailing address**<br><br>DONA ANA COUNTY TREASURER<br>PO BOX 1179<br>LAS CRUCES, NM 88004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.98 | **Priority creditor's name and mailing address**<br><br>DOUGLAS COUNTY TREASURER<br>PO BOX 2855<br>OMAHA, NE 68103-2855<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

**2.99** Priority creditor's name and mailing address

DUNKLIN COUNTY TREASURER
PO BOX 445
KENNETT, MO 63857

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.100** Priority creditor's name and mailing address

EAST BATON ROUGE PARISH SHERIFF
PO BOX 70
BATON ROUGE, LA 70821

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.101** Priority creditor's name and mailing address

EAU CLAIRE COUNTY TREASURER
721 OXFORD AVE, STE 1250
EAU CLAIRE, WI 54703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.102** Priority creditor's name and mailing address

ELMORE COUNTY REVENUE
COMMISSIONER
PO BOX 1147
WETUMPKA, AL 36092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.103** Priority creditor's name and mailing address

ESCAMBIA COUNTY REVENUE
COMMISSIONER
PO BOX 407
BREWTON, AL 36427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104**

Priority creditor's name and mailing address

EUFAULA BARBOUR COUNTY CHAMBER OF COMMERCE
333 EAST BROAD STREET
EUFAULA, AL  36027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.105**

Priority creditor's name and mailing address

EVANGELINE SHERIFF & TAX COLLECTOR
200 COURT ST, STE 100
VILLE PLATTE, LA  70586

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.106**

Priority creditor's name and mailing address

FAIRFAX COUNTY DEPARTMENT OF TAX ADMINISTRATION
12000 GOVERNMENT CENTER PARKWAY, STE 223
FAIRFAX, VA  22035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.107**

Priority creditor's name and mailing address

FAULKNER COUNTY TAX COLLECTOR
806 FAULKNER ST
CONWAY, AR  72034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.108**

Priority creditor's name and mailing address

FAYETTE COUNTY TRUSTEE
PO BOX 340
SOMERVILLE, TN  38068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.109**

**Priority creditor's name and mailing address**

FLORENCE COUNTY TREASURER
PO BOX 100501
FLORENCE, SC  29502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.110**

**Priority creditor's name and mailing address**

FLORIDA DEPARTMENT OF FINANCIAL SERVICES
PO BOX 6100
TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.111**

**Priority creditor's name and mailing address**

FLORIDA DEPT OF FINANCE & ADMIN
200 E GAINES ST, TALLAHASSEE, FL 32399
TALLASSEE, FL  32399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.112**

**Priority creditor's name and mailing address**

FORREST COUNTY TREASURER
PO BOX 1689
HATTIESBURG, MS  39403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.113**

**Priority creditor's name and mailing address**

FORT BEND COUNTY TAX ASSESSOR COLLECTOR
1317 EUGENE HEINMANN CIRCLE
RICHMOND, TX  77469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.114 | **Priority creditor's name and mailing address**<br><br>FRANKLIN CITY TAX COLLECTOR<br>PO BOX 567<br>FRANKLIN, LA 70538<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.115 | **Priority creditor's name and mailing address**<br><br>FREDERICKSBURG CITY TREASURER<br>PO BOX 967<br>FREDERICKSBURG, VA 22401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.116 | **Priority creditor's name and mailing address**<br><br>FULTON COUNTY TAX COMMISSIONER<br>PO BOX 105052<br>ATLANTA, GA 30348-5052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.117 | **Priority creditor's name and mailing address**<br><br>GALVESTON COUNTY TAX ASSESSOR COLLECTOR<br>722 MOODY AVE<br>GALVESTON, TX 77550<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.118 | **Priority creditor's name and mailing address**<br><br>GCCISD TAX SERVICES<br>PO BOX 2805<br>BAYTOWN, TX 77521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.119**

**Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA 30345

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.120**

**Priority creditor's name and mailing address**

GERMANTOWN CITY COLLECTOR
1930 GERMANTOWN RD
GERMANTOWN, TN 38138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.121**

**Priority creditor's name and mailing address**

GOOSE CREEK CISD TAX SERVICES
PO BOX 2805
BAYTOWN, TX 77522

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.122**

**Priority creditor's name and mailing address**

GRAMBLING CITY TAX COLLECTOR
PO BOX 109
GRAMBLING, LA 71245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.123**

**Priority creditor's name and mailing address**

GRAMERCY TOWN TAX COLLECTOR
5800 LOUISIANA HWY 44
GRAMERCY, LA 70723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.124** | **Priority creditor's name and mailing address**

GREENVILLE COUNTY TAX COLLECTOR
DEPT 390
COLUMBIA, SC  29202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.125** | **Priority creditor's name and mailing address**

GREENWOOD-LEFLORE COUNTY CHAMBER
OF COMMERCE
402 U.S. 82
GREENWOOD, MS  38930

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.126** | **Priority creditor's name and mailing address**

GREGG COUNTY TAX ASESSOR-COLLECTOR
PO BOX 1431
LONGVIEW, TX  75606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.127** | **Priority creditor's name and mailing address**

GRETNA CITY TAX COLLECTOR
PO BOX 404
GRETNA, LA  70054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.128** | **Priority creditor's name and mailing address**

GWINNETT COUNTY TAX COMMISSIONER
PO BOX 372
LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.129** | **Priority creditor's name and mailing address**<br><br>HANCOCK COUNTY TAX COLLECTOR<br>PO BOX 2428<br>BAY ST LOUIS,, MS 39521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.130** | **Priority creditor's name and mailing address**<br><br>HARDIN COUNTY TAX<br>ASSESSOR-COLLECTOR<br>PO BOX 2260<br>KOUNTZE, TX 77625<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.131** | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY TAX ASSESSOR<br>COLLECTOR<br>PO BOX 4622<br>HOUSTON, TX 77210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.132** | **Priority creditor's name and mailing address**<br><br>HARRIS COUNTY TAX<br>ASSESSOR-COLLECTOR<br>PO BOX 4622<br>HOUSTON, TX 77210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.133** | **Priority creditor's name and mailing address**<br><br>HARRISON COUNTY APPRAISAL DISTRICT<br>TAX COLLECTOR<br>PO BOX 818<br>MARSHALL, TX 75671<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.134 | **Priority creditor's name and mailing address**<br><br>HARRISON COUNTY TAX COLLECTOR<br>PO BOX 1270<br>GULFPORT, MS 39502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.135 | **Priority creditor's name and mailing address**<br><br>HAWAII DEPT OF FINANCE & ADMIN<br>830 PUNCHBOWL ST<br>HONOLULU, HI 96813<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.136 | **Priority creditor's name and mailing address**<br><br>HEMPSTEAD COUNTY TAX COLLECTOR<br>PO BOX 549<br>HOPE, AR 71802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.137 | **Priority creditor's name and mailing address**<br><br>HENDERSON COUNTY TAX ASSESSOR COLLECTOR<br>125 N PRAIRIEVILLE 103<br>ATHENS, TX 75751<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.138 | **Priority creditor's name and mailing address**<br><br>HENDERSON COUNTY TRUSTEE<br>PO BOX 9<br>LEXINGTON, TN 38351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor | Waitr Holdings Inc.
(Name)

Case number (if known) 24-10676

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.139** | **Priority creditor's name and mailing address**

HENRY COUNTY TRUSTEE
PO BOX 776
PARIS, TN  38242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.140** | **Priority creditor's name and mailing address**

HIDALGO COUNTY TAX ASSESSOR
COLLECTOR
PO BOX 178
EDINBURG, TX  78540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.141** | **Priority creditor's name and mailing address**

HINDS COUNTY TAX COLLECTOR
PO BOX 1727
JACKSON, MS  39215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.142** | **Priority creditor's name and mailing address**

HOPKINS COUNTY TAX OFFICE
PO BOX 481
SULPHUR SPRINGS, TX  75483

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.143** | **Priority creditor's name and mailing address**

HORRY COUNTY TREASURER
PO BOX 260107
CONWAY, SC  29528

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.144 | **Priority creditor's name and mailing address**<br><br>HOT SPRINGS A&P COMMISSION<br>324 MALVERN AVE, 2ND FL<br>HOT SPRINGS NATL PARK, AR  71901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.145 | **Priority creditor's name and mailing address**<br><br>HOUSTON COUNTY TAX COMMISSIONER<br>PO DRAWER 7799<br>WARNER ROBBINS, GA  31095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.146 | **Priority creditor's name and mailing address**<br><br>HUMBLE ISD TAX COLLECTOR<br>PO BOX 4020<br>HOUSTON, TX  77210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.147 | **Priority creditor's name and mailing address**<br><br>IBERIA PARISH TAX COLLECTOR<br>300 IBERIA ST, STE 120<br>NEW IBERIA, LA  70560<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.148 | **Priority creditor's name and mailing address**<br><br>IDAHO STATE TAX COMMISION<br>PO BOX 83784<br>BOISE, ID  83707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.149** | **Priority creditor's name and mailing address**

JACKSON CITY TAX COLLECTOR
PO BOX 2508
JACKSON, TN  38302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.150** | **Priority creditor's name and mailing address**

JACKSON COUNTY TAX COLLECTOR
PO BOX 998
PASCAGOULA, MS  39568

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.151** | **Priority creditor's name and mailing address**

JEFFERSON COUNTY ASSISTANT TAX COLLECTOR
PO BOX 1190
BRESSEMER, AL  35021

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.152** | **Priority creditor's name and mailing address**

JEFFERSON COUNTY TAX ASSESSOR COLLECTOR
PO BOX 2112
BEAUMONT, TX  77704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.153** | **Priority creditor's name and mailing address**

JEFFERSON COUNTY TAX COLLECTOR
716 RICHARD ARRINGTON JR BLVD N RM 160 COURTHOUSE
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | |
|---|---|---|
| | (Name) | |

Case number (if known) __24-10676__

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.154 | **Priority creditor's name and mailing address**<br><br>JEFFERSON DAVIS PARISH TAX COLLECTOR<br>PO BOX 863<br>JENNINGS, LA  70546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.155 | **Priority creditor's name and mailing address**<br><br>JEFFERSON PARISH SHERIFFS OFFICE<br>200 DERBIGNY ST, STE 1200<br>GRETNA, LA  70053<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.156 | **Priority creditor's name and mailing address**<br><br>JONES COUNTY TAX COLLECTOR<br>PO BOX 511<br>LAUREL, MS  39441<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.157 | **Priority creditor's name and mailing address**<br><br>KENNER CITY TAX COLLECTOR<br>1610 REVEREND RICHARD WILSON DR<br>KENNER, LA  70062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.158 | **Priority creditor's name and mailing address**<br><br>KENTUCKY STATE TREASURER<br>700 CAPITAL AVE, STE 152<br>FRANKFORT, KY  40601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.159 | **Priority creditor's name and mailing address**<br>KERSHAW COUNTY TAX COLLECTOR<br>PO BOX 622<br>CAMDEN, SC  29021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.160 | **Priority creditor's name and mailing address**<br>KING COUNTY TREASURY<br>201 S JACKSON ST RM 710<br>SEATTLE, WA  98104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.161 | **Priority creditor's name and mailing address**<br>KNOX COUNTY TRUSTEE<br>PO BOX 70<br>KNOXVILLE, TN  37901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.162 | **Priority creditor's name and mailing address**<br>KNOXVILLE CITY TAX COLLECTOR<br>PO BOX 1028<br>KNOXVILLE, TN  37901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.163 | **Priority creditor's name and mailing address**<br>LA CROSSE CITY TREASURER<br>PO BOX 2408<br>LA CROSSE, WI  54601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | Case 24-10676-JTD    Doc 16    Filed 04/16/24    Page 55 of 118 |
|--------|---------------------|------------|

Case number (if known)    24-10676

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.164** | **Priority creditor's name and mailing address**

LAFAYETTE CITY TAX COLLECTOR
PO BOX 4024
LAFAYETTE, LA 70502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.165** | **Priority creditor's name and mailing address**

LAFAYETTE PARISH TAX COLLECTOR
PO BOX 92590
LAFAYETTE, LA 70509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.166** | **Priority creditor's name and mailing address**

LAFOURCHE PARISH SHERIFFS OFFICE
PO BOX 669227
DALLAS, TX 75266

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.167** | **Priority creditor's name and mailing address**

LAMAR COUNTY TAX COLLECTOR
PO BOX 309
PURVIS, MS 39475

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.168** | **Priority creditor's name and mailing address**

LAREDO CITY TAX DEPARTMENT
PO BOX 6548
LAREDO, TX 78042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.169** **Priority creditor's name and mailing address**

LASALLE PARISH SHERIFF & TAX
COLLECTOR
PO BOX 70
JENA, LA 71342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN  UNKNOWN

**2.170** **Priority creditor's name and mailing address**

LAUDERDALE COUNTY TAX COLLECTOR
PO BOX 5205
MERIDIAN, MS 39302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN  UNKNOWN

**2.171** **Priority creditor's name and mailing address**

LE FLORE COUNTY TREASURER
PO BOX 100
POTEAU, OK 74953

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN  UNKNOWN

**2.172** **Priority creditor's name and mailing address**

LEA COUNTY TREASURER
100 N MAIN AVE, STE 3C
LOVINGTON, NM 88260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN  UNKNOWN

**2.173** **Priority creditor's name and mailing address**

LEE COUNTY REVENUE COMMISSIONER
DEPT PP PO BOX 2413
OPEKILA, AL 36803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN  UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

---

**2.174** | **Priority creditor's name and mailing address**

LEE COUNTY TAX COLLECTOR
PO BOX 271
TUPELO, MS 38802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.175** | **Priority creditor's name and mailing address**

LEESVILLE CITY TAX COLLECTOR
PO BOX 1191
LEESVILLE, LA 71496

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.176** | **Priority creditor's name and mailing address**

LEFLORE COUNTY TAX COLLECTOR
PO BOX 1349
GREENWOOD, MS 38935

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.177** | **Priority creditor's name and mailing address**

LEXINGTON COUNTY TREASURERS OFFICE
212 S LAKE DR, STE 101
LEXINGTON, SC 29072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.178** | **Priority creditor's name and mailing address**

LINCOLN COUNTY TAX COLLECTOR
301 FIRST ST, RM 109
BROOKHAVEN, MS 39601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.179 | **Priority creditor's name and mailing address**<br><br>LINCOLN PARISH SHERIFF & TAX COLLECTOR<br>PO BOX 2070<br>RUSTON, LA 71270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.180 | **Priority creditor's name and mailing address**<br><br>LIVINGSTON PARISH SHERIFF<br>PO BOX 370<br>LIVINGSTON, LA 70754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.181 | **Priority creditor's name and mailing address**<br><br>LONOKE COUNTY TAX COLLECTOR<br>PO BOX 192<br>LONOKE, AR 72086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.182 | **Priority creditor's name and mailing address**<br><br>LOUISVILLE CITY TAX COLLECTOR<br>PO BOX 510<br>LOUISVILLE, MS 39339<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.183 | **Priority creditor's name and mailing address**<br><br>LYNCHBURG CITY TREASURER<br>PO BOX 9000<br>LYNCHBURG, VA 24505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.184 | **Priority creditor's name and mailing address**<br><br>MACON COUNTY REVENUE COMMISSIONER<br>PO BOX 830420<br>TUSKGEE, AL 36083<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.185 | **Priority creditor's name and mailing address**<br><br>MACON-BIBB COUNTY TAX COMMISSIONER<br>PO BOX 4724<br>MACON, GA 31201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.186 | **Priority creditor's name and mailing address**<br><br>MADISON COUNTY TAX COLLECTOR<br>171 COBBLESTONE DR<br>MADISON, MS 39110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.187 | **Priority creditor's name and mailing address**<br><br>MADISON COUNTY TAX<br>COLLECTOR-CANTON<br>PO BOX 113<br>CANTON, MS 39046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.188 | **Priority creditor's name and mailing address**<br><br>MADISON COUNTY TRUSTEE<br>100 E MAIN ST ROOM 107<br>JACKSON, TN 38301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.189 | **Priority creditor's name and mailing address**<br>MAMOU TOWN TAX COLLECTOR<br>PO BOX 490<br>MAMOU, LA 70554<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.190 | **Priority creditor's name and mailing address**<br>MARENGO COUNTY REVENUE COMMISSIONER<br>PO BOX 480578<br>LINDEN, AL 36748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.191 | **Priority creditor's name and mailing address**<br>MARION COUNTY TAX COLLECTOR<br>250 BROAD STREET, STE. 3<br>COLUMBIA, MS 39429<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.192 | **Priority creditor's name and mailing address**<br>MARION COUNTY TREASURER<br>PO BOX 100328<br>COLUMBIA, SC 29202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.193 | **Priority creditor's name and mailing address**<br>MARTIN COUNTY TAX COLLECTOR<br>3485 SE WILLOUGHBY BLVD<br>STUART, FL 34994<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | | Case number (if known) 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.194** | **Priority creditor's name and mailing address**

MARYLAND DEPT OF FINANCE & ADMIN
45 CALVERT ST., ROOM 170 ANNAPOLIS, MD
21401
ANNAPOLIS, MD  21401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.195** | **Priority creditor's name and mailing address**

MAURICE TOWN TAX COLLECTOR
405 LASTIE AVE
MAURICE, LA  70555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.196** | **Priority creditor's name and mailing address**

MAURICE VILLAGE TAX COLLECTOR
PO BOX 128
MAURICE, LA  70555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.197** | **Priority creditor's name and mailing address**

MAYES COUNTY TREASURER
1 CT PL, STE 100
PRYOR, OK  74361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.198** | **Priority creditor's name and mailing address**

MCLENNAN PUBLIC IMPROVEMENT
DISTRICT
PO BOX 406
WACO, TX  76703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.199 | **Priority creditor's name and mailing address**<br><br>MECKLENBURG CITY-COUNTY TAX COLLECTOR<br>PO BOX 32728<br>CHARLOTTE, NC  28272<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.200 | **Priority creditor's name and mailing address**<br><br>MECKLENBURG COUNTY TAX COLLECTOR<br>PO BOX 71063<br>CHARLOTTE, NC  28272<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.201 | **Priority creditor's name and mailing address**<br><br>MEMPHIS CITY TAX COLLECTOR<br>PO BOX 185<br>MEMPHIS, TN  38101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.202 | **Priority creditor's name and mailing address**<br><br>MIDLAND CENTRAL APPRAISAL DISTRICT<br>PO BOX 908002<br>MIDLAND, TX  79708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.203 | **Priority creditor's name and mailing address**<br><br>MILLER COUNTY TAX COLLECTOR<br>400 LAUREL ST STE 111<br>TEXARKANA, AR  71854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|

(Name)

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.204** | **Priority creditor's name and mailing address**
MINNESOTA DEPT OF FINANCE & ADMIN
50 SHERBURNE AVE
ST. PAUL, MN  55155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.205** | **Priority creditor's name and mailing address**
MOBILE COUNTY REVENUE COMMISSIONER
PO BOX 1169
MOBILE, AL  36633

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.206** | **Priority creditor's name and mailing address**
MONA COPE COUNTY COLLECTOR
PO BOX 278
FORSYTH, MO  65653

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.207** | **Priority creditor's name and mailing address**
MONROE COUNTY REVENUE COMMISSIONER
65 N ALABAMA AVE
MONROEVILLE, AL 36460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.208** | **Priority creditor's name and mailing address**
MONROE COUNTY TAX COLLECTOR
PO BOX 684
ABERDEEN, MS  39730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.209** Priority creditor's name and mailing address

MONTEREY COUNTY TAX COLLECTOR
PO BOX 891
SALINAS, CA  93902-0891

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.210** Priority creditor's name and mailing address

MONTGOMERY COUNTY REVENUE COMMISSIONER
PO BOX 4720
MONTGOMERY, AL  36103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.211** Priority creditor's name and mailing address

MONTGOMERY COUNTY TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX  77301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.212** Priority creditor's name and mailing address

MOREHOUSE PARISH SHERIFFS OFFICE
351 S FRANKLIN ST
BASTROP, LA  71220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.213** Priority creditor's name and mailing address

MORGAN CITY TAX COLLECTOR
PO BOX 1218
MORGAN CITY, LA  70381

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.214 | **Priority creditor's name and mailing address**<br><br>MURFREESBORO CITY TAX COLLECTOR<br>111 W VINE ST<br>MURFREESSBORO, TN  37130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.215 | **Priority creditor's name and mailing address**<br><br>MUSCOGEE COUNTY TAX COMMISSIONER<br>PO BOX 1441<br>COLUMBUS, GA  31902-1340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.216 | **Priority creditor's name and mailing address**<br><br>NATCHITOCHES PARISH SHERIFFS OFFICE<br>PO BOX 266<br>NATCHITOHES, LA  71458<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.217 | **Priority creditor's name and mailing address**<br><br>NESHOBA COUNTY TAX COLLECTOR<br>401 BEACON STREET, SUITE 105<br>PHILADELPHIA, MS  39350<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.218 | **Priority creditor's name and mailing address**<br><br>NEW IBERIA CITY TAX COLLECTOR<br>457 E MAIN ST SUITE 304<br>NEW IBERIA, LA  70560<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.219** | Priority creditor's name and mailing address

NEW ORLEANS CITY BUREAU OF THE
TREASURY
PO BOX 62600
DEPARTMENT 165025
NEW ORLEANS, LA  70162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.220** | Priority creditor's name and mailing address

NORTH AUGUSTA CITY TAX COLLECTOR
PO BOX 6400
NORTH AUGUSTA, SC  29861

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.221** | Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF
REVENUE
501 N WILMINGTON ST
RALEIGH, NC  27604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.222** | Priority creditor's name and mailing address

NORTH CAROLINA DEPT OF FINANCE &
ADMIN
3301 TERMINAL DRIVE SUITE 125
RALEIGH, NC  27699

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.223** | Priority creditor's name and mailing address

NORTH DAKOTA DEPT OF FINANCE & ADMIN
2635 E MAIN AVE
BISMARCK, ND  58051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.224 | **Priority creditor's name and mailing address**<br>NORTH SHELBY LIBRARY COLLECTOR<br>5521 CAHABA VALLEY RD<br>BIRMINGHAM, AL  35242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.225 | **Priority creditor's name and mailing address**<br>OAKDALE CITY TAX COLLECTOR<br>PO BOX 728<br>OAKDALE, LA  71463<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.226 | **Priority creditor's name and mailing address**<br>OHIO DEPT OF FINANCE & ADMIN<br>101 W THIRD ST<br>DAYTON, OH  45402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.227 | **Priority creditor's name and mailing address**<br>OKLAHOMA COUNTY TREASURER<br>PO BOX 268875<br>OKLAHOMA CITY, OK  73126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.228 | **Priority creditor's name and mailing address**<br>OKLAHOMA DEPT OF FINANCE & ADMIN<br>100 N WALKER AVE<br>OKLAHOMA CITY, OK  73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

---

**2.229**   **Priority creditor's name and mailing address**

ORANGE COUNTY TAX COLLECTOR
PO BOX 1568
ORANGE, TX 77631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.230**   **Priority creditor's name and mailing address**

OREGON DEPARTMENT OF REVENUE
PO BOX 14950
SALEM, OR 97309-0950

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.231**   **Priority creditor's name and mailing address**

OUACHITA COUNTY SHERIFF & COLLECTOR
PO BOX 217
CAMDEN, AR 71711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.232**   **Priority creditor's name and mailing address**

OUACHITA PARISH TAX COLLECTOR
300 ST JOHN ST, RM 102
MONROE, LA 71201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.233**   **Priority creditor's name and mailing address**

PASADENA ISD TAX COLLECTOR
PO BOX 1318
PASADENA, TX 77501-1318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.234**

**Priority creditor's name and mailing address**

PATTERSON CITY TAX COLLECTOR
PO BOX 367
PATTERSON, LA 70392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.235**

**Priority creditor's name and mailing address**

PEARL RIVER COUNTY TAX COLLECTOR
PO BOX 509
POPLARVILLE, MS 39470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.236**

**Priority creditor's name and mailing address**

PERRY CITY TAX DEPARTMENT
PO BOX 2030
PERRY, GA 31069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.237**

**Priority creditor's name and mailing address**

PHELPS COUNTY TAX COLLECTOR
200 N MAIN ST, STE 129
ROLLA, MO 65401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.238**

**Priority creditor's name and mailing address**

PIKE COUNTY TAX COLLECTOR
PO BOX 111
MAGNOLIA, MS 39652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.239**

**Priority creditor's name and mailing address**

PITTSBURG COUNTY TREASURER
115 E CARL ALBERT PKWY 102
MCALESTER, OK 74501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.240**

**Priority creditor's name and mailing address**

PLAQUEMINES PARISH SHERIFFS OFFICE
8022 HIGHWAY 23
BELLE CHASSE, LA 70037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.241**

**Priority creditor's name and mailing address**

POINTE COUPEE PARISH TAX COLLECTOR
PO BOX 248
NEW ROADS, LA 70760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.242**

**Priority creditor's name and mailing address**

PONTOTOC COUNTY TAX COLLECTOR
11 E WASHINGTON ST
PONTOTOC, MS 38863

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.243**

**Priority creditor's name and mailing address**

PORT ALLEN CITY TAX COLLECTOR
PO BOX 468
PORT ALLEN, LA 70767

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.244** | **Priority creditor's name and mailing address**

PULASKI COUNTY TREASURER
PO BOX 8101
LITTLE ROCK, AR 72203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.245** | **Priority creditor's name and mailing address**

RANDOLPH COUNTY TAX COLLECTOR
107 W BROADWAY ST, STE H
POCAHONTAS, AR 72455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.246** | **Priority creditor's name and mailing address**

RANKIN COUNTY TAX COLLECTOR
211 E GOVERNMENT ST, STE B
BRANDON, MS 39042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.247** | **Priority creditor's name and mailing address**

RAPIDES PARISH SALES AND USE TAX DEPART
5606 COLISEUM BLVD
ALEXANDRIA, LA 71303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.248** | **Priority creditor's name and mailing address**

RAPIDES PARISH SHERIFF AND TAX COLLECTOR
701 MURRAY ST, STE 302
ALEXANDRIA, LA 71301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.249 | **Priority creditor's name and mailing address** <br><br> RAYNE CITY TAX COLLECTOR <br> PO BOX 69 <br> RAYNE, LA 70578 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.250 | **Priority creditor's name and mailing address** <br><br> RICHLAND COUNTY TREASURER <br> PO BOX 11947 <br> COLUMBIA, SC 29202 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.251 | **Priority creditor's name and mailing address** <br><br> RICHMOND COUNTY TAX COMMISSIONER <br> 535 TELFAIR ST - SUITE 100 <br> AUGUSTA, GA 30901 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.252 | **Priority creditor's name and mailing address** <br><br> RUSSELL COUNTY REVENUE COMMISSIONER <br> PO BOX 669 <br> PHENIX CITY, AL 36868 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.253 | **Priority creditor's name and mailing address** <br><br> RUTHERFORD COUNTY TRUSTEE <br> PO BOX 1316 <br> MURFREESSBORO, TN 37133 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.254 | **Priority creditor's name and mailing address**<br><br>SALINE COUNTY TAX COLLECTOR<br>215 N MAIN ST STE 3<br>BENTON, AR 72015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.255 | **Priority creditor's name and mailing address**<br><br>SEBASTIAN COUNTY TAX COLLECTOR<br>PO BOX 1358<br>FORT SMITH, AR 72902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.256 | **Priority creditor's name and mailing address**<br><br>SEQUOYAH COUNTY TREASURER<br>PO BOX 747<br>SALLISAW, OK 74955<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.257 | **Priority creditor's name and mailing address**<br><br>SEVIER COUNTY SHERIFF/COLLECTOR<br>115 N THIRD ST<br>DE QUEEN, AR 71832<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.258 | **Priority creditor's name and mailing address**<br><br>SHELBY COUNTY PROPERTY TAX<br>COMMISSIONER<br>PO BOX 1298<br>COLUMBIANA, AL 35051<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.259 | **Priority creditor's name and mailing address**<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.260 | **Priority creditor's name and mailing address**<br>SHREVEPORT CITY REVENUE DIVISION<br>PO BOX 30040<br>SHREVEPORT, LA 71130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.261 | **Priority creditor's name and mailing address**<br>SHREVEPORT CITY TAX COLLECTOR<br>P O BOX 30040<br>SHREVEPORT, LA 71130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.262 | **Priority creditor's name and mailing address**<br>SMITH COUNTY TAX COLLECTOR<br>PO BOX 2011<br>TYLER, TX 75710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.263 | **Priority creditor's name and mailing address**<br>SOUTH CAROLINA DEPT OF FINANCE & ADMIN<br>1000 ASSEMBLY ST 421<br>COLUMBIA, SC 29201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|

(Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.264 | **Priority creditor's name and mailing address**<br><br>SOUTH DAKOTA DEPT OF FINANCE & ADMIN<br>224 W 9TH ST<br>SIOUX FALLS, SD  57104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.265 | **Priority creditor's name and mailing address**<br><br>SPRING BRANCH ISD TAX<br>ASSESSOR-COLLECTOR<br>PO BOX 19037<br>HOUSTON, TX  77224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.266 | **Priority creditor's name and mailing address**<br><br>ST BERNARD PARISH SHERIFF &<br>EX-OFFICIO TAX COLLECTOR<br>PO BOX 168<br>CHALMETTE, LA  70044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.267 | **Priority creditor's name and mailing address**<br><br>ST CHARLES PARISH TAX COLLECTOR<br>PO BOX 440<br>HAHNVILLE, LA  70057<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.268 | **Priority creditor's name and mailing address**<br><br>ST FRANCIS COUNTY TAX COLLECTOR<br>PO BOX 1817<br>FORREST CITY, AR  72335<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.269 | **Priority creditor's name and mailing address**<br><br>ST HELENA PARISH SHERIFF & TAX COLLECTOR<br>PO BOX 1205<br>GREENSBURG, LA  70441<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.270 | **Priority creditor's name and mailing address**<br><br>ST JAMES PARISH SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 83<br>CONVENT, LA  70723<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.271 | **Priority creditor's name and mailing address**<br><br>ST JOHN THE BAPTIST PARISH SHERIFF & TAX<br>PO BOX 1600<br>LAPLACE, LA  70069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.272 | **Priority creditor's name and mailing address**<br><br>ST LANDRY PARISH SHERIFF<br>PO BOX 1029<br>OPELOUSAS, LA  70570<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.273 | **Priority creditor's name and mailing address**<br><br>ST LOUIS CITY COLLECTOR OF REVENUE<br>PO BOX 66877<br>ST LOUIS, MO  63166<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.274** Priority creditor's name and mailing address

ST LOUIS COUNTY COLLECTOR OF REVENUE
41 S CENTRAL AVE
ST LOUIS, MO 63105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.275** Priority creditor's name and mailing address

ST LOUIS COUNTY REVENUE COLLECTOR
41 S. CENTRAL AVE
ST LOUIS, MO 63105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.276** Priority creditor's name and mailing address

ST MARTIN PARISH SHERIFF
PO BOX 247
ST MARTINVILLE, LA 70582

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.277** Priority creditor's name and mailing address

ST TAMMANY TAX COLLECTOR
PO BOX 1450
COVINGTON, LA 70434

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.278** Priority creditor's name and mailing address

ST. MARY PARISH SHERIFFS OFFICE
PO BOX 610
PATTERSON, LA 70392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.279**

Priority creditor's name and mailing address

STODDARD COUNTY TAX COLLECTOR
PO BOX 80
BLOOMFIELD, MO 63825

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.280**

Priority creditor's name and mailing address

SULPHUR SPRINGS ISD TAX OFFICE
631 CONNALLY
SULPHUR SPRINGS, TX 75482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.281**

Priority creditor's name and mailing address

SUNFLOWER COUNTY
ASSESSOR/COLLECTOR
PO BOX 1080
INDIANOLA, MS 38751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.282**

Priority creditor's name and mailing address

TALLADEGA COUNTY REVENUE
COMMISSIONER
PO BOX 1119
TALLADEGA, AL 35161

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.283**

Priority creditor's name and mailing address

TALLAPOOSA COUNTY REVENUE
COMMISSIONER
125 N BROADNAX ST
DADEVILLE, AL 36853

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.284 | **Priority creditor's name and mailing address**<br><br>TANEY COUNTY TAX COLLECTOR<br>PO BOX 278<br>FORSYTH, MO  65653<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.285 | **Priority creditor's name and mailing address**<br><br>TANGIPAHOA PARISH SHERIFFS OFFICE<br>PO BOX 1327<br>ROBERTA, LA  70455<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.286 | **Priority creditor's name and mailing address**<br><br>TARRANT COUNTY TAX<br>ASSESSOR-COLLECTOR<br>PO BOX 961018<br>FORT WORTH, TX  76196<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.287 | **Priority creditor's name and mailing address**<br><br>TATE COUNTY COLLECTOR<br>201 S WARD ST<br>SENATOBIA, MS  38668<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.288 | **Priority creditor's name and mailing address**<br><br>TAYLOR COUNTY CAD TAX COLLECTOR<br>PO BOX 1800<br>ABILENE, TX  79604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Waitr Holdings Inc. | | |
|---|---|---|---|
| | (Name) | | |

Case number (if known)  24-10676

| **Part 1:** | **Additional Page** | Total claim | Priority amount |
|---|---|---|---|

**2.289** | Priority creditor's name and mailing address

TENNESSEE DEPT OF FINANCE & ADMIN
312 ROSA L PARKS AVE
NASHVILLE, TN 37243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.290** | Priority creditor's name and mailing address

TERREBONNE PARISH SHERIFFS AND
EX-OFFICIO TAX COLLECTOR
PO BOX 1990
GRAY, LA 70359

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.291** | Priority creditor's name and mailing address

TEXAS DEPT OF FINANCE & ADMIN
400 S ZANG BLVD 900, DALLAS, TX 75208
DALLAS, TX 75208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.292** | Priority creditor's name and mailing address

THIBODAUX CITY TAX COLLECTOR
PO BOX 5418
THIBODAUX, LA 70302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.293** | Priority creditor's name and mailing address

TRAVIS COUNTY TAX OFFICE
5501 AIRPORT BLVD
AUSTIN, TX 78701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.294**

**Priority creditor's name and mailing address**

TULSA COUNTY TREASURER
PO BOX 21017
TULSA, OK  74119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.295**

**Priority creditor's name and mailing address**

TUSCALOOSA COUNTY TAX COLLECTOR
714 GREENSBORO AVE RM 124
TUSCALOOSA, AL  35401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.296**

**Priority creditor's name and mailing address**

UNION COUNTY COLLECTOR
101 N WASHINGTON RM 106
EL DORADO, AR  71730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.297**

**Priority creditor's name and mailing address**

UNION COUNTY TAX COLLECTOR
PO BOX 862
NEW ALBANY, MS  38652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.298**

**Priority creditor's name and mailing address**

UNITED ISD TAX OFFICE
3501 E SAUNDERS
LAREDO, TX  78041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|--------|---------------------|------------------------|----------|

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.299**

**Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.300**

**Priority creditor's name and mailing address**

VERMILION PARISH TAX COLLECTOR
PO BOX 307
ABBEVILLE, LA 70501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.301**

**Priority creditor's name and mailing address**

VERNON COUNTY TAX COLLECTOR
100 W CHERRY
NEVADA, MO 64772

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.302**

**Priority creditor's name and mailing address**

VERNON PARISH SHERIFF AND EX-OFFICIO
TAX COLLECTOR
PO BOX 649
LEESVILLE, LA 71496

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.303**

**Priority creditor's name and mailing address**

VICTORIA COUNTY TAX
ASSESSOR-COLLECTOR
PO BOX 2569
VICTORIA, TX 77902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|--------|---------------------|--|------------------------|----------|

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.304**  **Priority creditor's name and mailing address**

VILLE PLATTE CITY TAX COLLECTOR
PO BOX 390
VILLE PLATT, LA  70586

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.305**  **Priority creditor's name and mailing address**

WASHINGTON COUNTY COLLECTOR
280 N COLLEGE SUITE 202
FAYETTEVILLE, AR  72701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.306**  **Priority creditor's name and mailing address**

WASHINGTON COUNTY REVENUE COMMISSIONER
PO BOX 847
CHATOM, AL  36518

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.307**  **Priority creditor's name and mailing address**

WASHINGTON COUNTY TRUSTEE
PO BOX 215
JONESBOROUGH, TN  37659

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.308**  **Priority creditor's name and mailing address**

WASHINGTON DEPT OF FINANCE & ADMIN
ATTN BANKRUPTCY UNIT
2101 4TH AVE, STE 1400
SEATTLE, WA  98121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.309**    **Priority creditor's name and mailing address**

WASHINGTON PARISH TAX COLLECTOR
1002 MAIN STREET
FRANKLINTON, LA 70438

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.310**    **Priority creditor's name and mailing address**

WEBB COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 420128
LAREDO, TX 78042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.311**    **Priority creditor's name and mailing address**

WEBB COUNTY TAX OFFICE
PO BOX 420128
LAREDO, TX 78042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.312**    **Priority creditor's name and mailing address**

WEST BATON ROUGE TAX COLLECTOR
PO BOX 129
PORT ALLEN, LA 70767

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.313**    **Priority creditor's name and mailing address**

WEST POINT CITY TAX COLLECTOR
PO BOX 1117
WEST POINT, MS 39773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.314** **Priority creditor's name and mailing address**

WESTWEGO CITY TAX COLLECTOR
1100 FOURTH ST
WESTWEGO, LA 70094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.315** **Priority creditor's name and mailing address**

WHITE COUNTY TAX COLLECTOR
115 W ARCH AVE
SEARCY, AR 72143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.316** **Priority creditor's name and mailing address**

WICHITA COUNTY TAX ASSESSOR COLLECTOR
600 SCOTT AVE STE 103
WICHITA FALLS, TX 76301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.317** **Priority creditor's name and mailing address**

WILLIAMSON COUNTY TRUSTEE
1320 W MAIN ST, STE 203
FRANKLIN, TN 37064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.318** **Priority creditor's name and mailing address**

WILSON COUNTY TRUSTEE
PO BOX 865
LEBANON, TN 37088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.319 | **Priority creditor's name and mailing address** <br><br> WINSTON COUNTY TAX COLLECTOR <br> PO BOX 765 <br> LOUISVILLE, MS  39339 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.320 | **Priority creditor's name and mailing address** <br><br> WISCONSIN DEPT OF FINANCE & ADMIN <br> 819 N 6TH ST <br> MILWAUKEE, WI  53203 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.321 | **Priority creditor's name and mailing address** <br><br> WRIGHT NATIONAL FLOOD INSURANCE COMPANY <br> PO BOX 33070 <br> ST PETERSBURG, FL  33733 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| | | |
| 3.1 | **Nonpriority creditor's name and mailing address** <br><br> 360 REVIEWS LLC <br> 99 WOOD AVE SOUTH, SUITE 304 <br> ISELIN, NJ  08830 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $798.22 |

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2** | **Nonpriority creditor's name and mailing address**
938 CONKLING LLC
938 SOUTH CONKLING STREET
BALTIMORE, MD  21224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$321.34

---

**3.3** | **Nonpriority creditor's name and mailing address**
ABRAMS & BAYLISS LLP
20 MONTCHANIN ROAD
SUITE 200
WILMINGTON, DE  19807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
ACUITY CFO, LLC
PO BOX 105603
PMB 85702
ATLANTA, GA  30348-5603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$836.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
ADP
P.O. BOX 842875
BOSTON, MA  02284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.97

---

**3.6** | **Nonpriority creditor's name and mailing address**
AFCO
ATTN: PAYMENT PROCESSING
5600 NORTH RIVER ROAD, SUITE 400
ROSEMONT, IL  60018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,550.24

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.7** **Nonpriority creditor's name and mailing address**
ALEXIS, ASHLEY
C/O MORRIS BART LLC
PAN AMERICAN LIFE CENTER
601 POYDRAS ST, 24TH FL
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.8** **Nonpriority creditor's name and mailing address**
AMAZON WEB SERVICES
PO BOX 84023
SEATTLE, WA  98124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,749.08

---

**3.9** **Nonpriority creditor's name and mailing address**
AT&T CORP
PO BOX 5077
CAROL STREAM, IL  60197-5077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$679.66

---

**3.10** **Nonpriority creditor's name and mailing address**
BAKER DONELSON BEARMAN, CALDWELL, & BERK.
165 MADISON AVENUE
SUITE 200
MEMPHIS, TN  38103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,779.62

---

**3.11** **Nonpriority creditor's name and mailing address**
BCBSLA
P.O. BOX 650007
DALLAS, TX  75265-0007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,737.16

| Debtor | Waitr Holdings Inc. | | Case number (if known) 24-10676 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN

BOBBY'S COUNTRY COOKIN' LLC
C/O PRICE ARMSTRONG LLC
ATTN NICHOLAS W. ARMSTRONG
2266 1ST AVE S, STE 105
BIRMINGHAM, AL  35233

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37.98

BORDEN LADNER GERVAIS LLP
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER, BC  V&X 1T2
CANADA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $18,000.00

BRANCH METRICS, INC
1400 SEAPORT BLVD
BUILDING B, FLOOR 2
REDWOOD CITY, CA  94063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $828.22

BREX CREDIT CARD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNKNOWN

BROWN, MELISSA TRINETTE
C/O MALCOLM X LARVADAIN, ATTY
626 8TH ST
ALEXANDRIA, LA  71301

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.17**  **Nonpriority creditor's name and mailing address**
BROWN, STERLING TERREL
C/O MALCOLM X LARVADAIN, ATTY
626 8TH ST
ALEXANDRIA, LA 71301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.18**  **Nonpriority creditor's name and mailing address**
CARRASCO, HEATHER

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.19**  **Nonpriority creditor's name and mailing address**
CATOIR, JOSEPH
C/O GORDON MCKERNAN INJURY ATTORNEYS
ATTN BRIAN C COLOMB, ATTY
2505 VEROT SCHOOL RD
LAFAYETTE, LA 70508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.20**  **Nonpriority creditor's name and mailing address**
CENTERFIELD MEDIA HOLDING COMPANY
12130 MILLENNIUM DRIVE
SUITE 600
LOS ANGELES, CA 90094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$199,000.00

---

**3.21**  **Nonpriority creditor's name and mailing address**
CHAISSON, THERON & JESSICA
C/O GORDON MCKERNAN INJURY ATTORNEYS
ATTN BRIAN C COLOMB, ATTY
2505 VEROT SCHOOL RD
LAFAYETTE, LA 70508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor    Waitr Holdings Inc.

(Name)

Case number (if known)   24-10676

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

CISION INC - PR NEWSWIRE ASSOCIATION
PO BOX 417215
BOSTON, MA 02241-7215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,470.50

---

**3.23** **Nonpriority creditor's name and mailing address**

CLARK, MECHELLE
C/O BERRY & TURNAGE PLLC
1319 MAIN ST
CONWAY, AR 72034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.24** **Nonpriority creditor's name and mailing address**

COLVIN, LISA
C/O CHILDRESS LAW
ATTN SELLECK CHILDRESS, ATTY
108 S MAIN ST
BENTON, AR 72015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.25** **Nonpriority creditor's name and mailing address**

COMPLETE CONSULTING SOLUTIONS
571 COMMONWEALTH AVENUE
NEWTON, MA 02459

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,562.50

---

**3.26** **Nonpriority creditor's name and mailing address**

COMPUTERSHARE
DEPT CH19228
PALENTINE, IL 60055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,316.38

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.27** **Nonpriority creditor's name and mailing address**
CRYER, JEFFERY
C/O PINCHON LAW FIRM LLC
ATTN JEREMY PICHON
ONE CANAL PLACE, 365 CANAL ST, STE 1490
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.28** **Nonpriority creditor's name and mailing address**
CSC
PO BOX 7410023
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,528.33

---

**3.29** **Nonpriority creditor's name and mailing address**
CURRY, GREGORY
C/O FRANKL KOMINSKY INJURY LAWYERS; SHURUQ
DAAS, LEGAL ASST
WOOLBRIGHT PROFESSIONAL BLDG
2240 WOOLBRIGHT ROAD, STE 201
BOYTON BEACH, FL  33426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.30** **Nonpriority creditor's name and mailing address**
CUTRER, ALICIA A
C/O DUDLEY DEBOSIER INJURY LAWYERS
ATTN VUD G CONINE
1075 GOVERNMENT ST
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.31** **Nonpriority creditor's name and mailing address**
DAPP, KIMBERLY ANN
C/O PHILIP DEBERARD INJURY ATTORNEY
215 SW FEDERAL HWY
STUART, FL  34994

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,075.30

DATADOG, INC.
620 8TH AVE
45TH FLOOR
NEW YORK CITY, NY  10018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,900.00

DERRICK BERNARD, DBA SECURE PARKING
120 MONROE ST
LAFAYETTE, LA  70501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,580.25

DIGITAL MEDIA INNOVATIONS
C/O WEST TECHNOLOGY GROUP, LLC
PO BOX 74007143
CHICAGO, IL  60661

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

DINGER, AMY
C/O BAGGETT MCCALL BURGESS WATSON & GAUGHAN LLC
ATTN JAKE BUFORD
3006 COUNTRY CLUB RD
LAKE CHARLES, LA  70605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,406.06

DORSEY & WHITNEY, LLP
PO BOX 1680
MINNEAPOLIS, MN  55480-1680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.37**

**Nonpriority creditor's name and mailing address**

DOZAR, KATHRYN
C/O SPURGEON LAW FIRM
ATTN THOMAS M DAIGLE; CHRISTOPHER T CASTRO
711 JOHNSTON ST
LAFAYETTE, LA 70501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.38**

**Nonpriority creditor's name and mailing address**

EDWARDS, SCOTT
C/O PHILIP DEBERARD INJURY ATTORNEY
215 SW FEDERAL HWY
STUART, FL 34994

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.39**

**Nonpriority creditor's name and mailing address**

ELASTICSEARCH INC
800 WEST EL CAMINO REAL
SUITE 350
MOUNTAIN VIEW, CA 94040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.84

---

**3.40**

**Nonpriority creditor's name and mailing address**

ELLIOTT CRYER, JOY
C/O PINCHON LAW FIRM LLC
ATTN JEREMY PICHON
ONE CANAL PLACE, 365 CANAL ST, STE 1490
NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.41**

**Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP
200 PLAZA DRIVE
SECAUCUS, NJ 07094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,000.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**
FAHEY, KEVIN
C/O REICH AND MANCINI
3500 SW CORPORATE PKWY, STE 100
PALNI CITY, FL 34990

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.43** | **Nonpriority creditor's name and mailing address**
FEDEX SHIPPING
PO BOX 660481
DALLAS, TX 75266-0481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,191.02

---

**3.44** | **Nonpriority creditor's name and mailing address**
FERGUSON, JASMINE
C/O GIM LAW FIRM PLLC
5775 WAYZATA BLVD, STE 700
ST LOUIS PARK, MN 55416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.45** | **Nonpriority creditor's name and mailing address**
FOODIFY VISA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,726.36

---

**3.46** | **Nonpriority creditor's name and mailing address**
FPL
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.42

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FRIEDMAN, MATTHEW
C/O SQUITIERI & FEARIB KKO
ATTN: OLIMPIO LEE LQUITIERI
305 BROADWAY 7TH FL
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | | $235.12

GALLOWAY JOHNSON TOMPKINS BURR & SMITH
ONE SHELL SQUARE
701 POYDRAS STREET, 40TH FLOOR
NEW ORLEANS, LA 70139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | | UNKNOWN

GARRETT, MONICA
C/O DUDLEY DEBOSIER INJURY LAWYERS
ATTN B BROWN
1075 GOVERNMENT ST
BATON ROUGE, LA 70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | | $520.00

GOLDBERG SEGALLA
665 MAIN STREET
BUFFALO, NY 14203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | | $67.50

GRAHAM CAMPBELL TECHNOLOGY LTD.
146 EDGE HILL, PONTELAND
NEWCASTLE UPON TYNE
NORTHUMBERLAND, UK NE20 9JN
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNKNOWN |
| | GUIDRY, CANDACE <br> C/O EDWARDS & BOWIE ATTORNEYS AT LAW <br> ATTN EVAN T EDWARDS; LEE C DURIO; CHASE A MANUEL <br> 2901 JOHNSON ST, STE 206 <br> LAFAYETTE, LA 70503 | ☐ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $29,750.00 |
| | HAMOONA TECHNOLOGY DEVELOPMENT LTD <br> YAIR ROSENBLUM 15 <br> YAFO <br> TEL AVIV 4673332 <br> ISRAEL | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNKNOWN |
| | HANEY, LATOYA <br> C/O ROY SCOTT & JAMES INJURY ATTORNEYS <br> ATTN CORY P ROY; BRANDON J SCOTT <br> 107 N WASHINGTON ST, PO BOX 544 <br> MARKSVILLE, LA 71351 | ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $13,600.00 |
| | ICR, LLC <br> 761 MAIN AVENUE <br> NORWALK, CT 06851 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,500.00 |
| | IMGIX <br> 423 TEHAMA STREET, FLOOR 1 <br> SAN FRANCISCO, CA 94103 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Waitr Holdings Inc. | Case number (if known) 24-10676 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

JEFFERIES LLC
520 MADISON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,750,000.00

---

**3.58** | **Nonpriority creditor's name and mailing address**

JEFFERSON STREET DEVELOPMENT, LLC
1906 ERASTE LANDRY RD
SUITE 200
LAFAYETTE, LA 70506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,751.48

---

**3.59** | **Nonpriority creditor's name and mailing address**

JOHNSON, ANN
C/O DORAN & CAWTHORNE PLLC
ATTN PRIDE J DORAN; QUINCY L CAWTHRONE; ORELIA R
LAWDINS; RAVEN C BOXIE; DAVIS DURIO
521 E LANDRY ST, PO BOX 2119
OPELOUSAS, LA 70571

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.60** | **Nonpriority creditor's name and mailing address**

KING, DON G
C/O THE ROACH LAW FIRM
ATTN BARRY ROACH
2917 RYAN ST
LAKE CHARLES, LA 70601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.61** | **Nonpriority creditor's name and mailing address**

KUSTOMER, INC
830 MORRIS TURNPIKE
4TH FLOOR
SHORT HILLS, NJ 07078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.75

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.62**    **Nonpriority creditor's name and mailing address**

LATHROP GPM LLP
2345 GRAND BLVD, SUITE 2200
KANSAS CITY, MO 64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$445.59

---

**3.63**    **Nonpriority creditor's name and mailing address**

LEVER, INC.
DEPT 0569
PO BOX 120569
DALLAS, TX 75312-0569

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,910.00

---

**3.64**    **Nonpriority creditor's name and mailing address**

LINTON INDUSTRIAL CENTER , LLC
BEAVER PROPERTIES INC
C/O LEVY REALTY ADVISORS, INC., 4901 NW 17TH WAY
STE 103
FORT LAUDERDALE, FL 33309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,610.79

---

**3.65**    **Nonpriority creditor's name and mailing address**

LUDWIG, SHEILA
C/O RENE FREDERICK & ASSOCIATES LLC
ATTN RENE PAUL FREDERICK
112 N JEFFERSON AVE
COVINGTON, LA 70433

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.66**    **Nonpriority creditor's name and mailing address**

LUXOR CAPITAL GROUP, LP
AS ADMINISTRATIVE AGENT
ATTN: MICHAEL JENKELOWITZ
1114 AVENUE OF THE AMERICAS, 29TH FL
NEW YORK, NY 10036

**Date or dates debt was incurred**

11/15/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,665,437.90

| Debtor | Waitr Holdings Inc. | Case Number (if known) | 24-10676 |
|--------|--------------------|-----------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>MARKETPLACE OPERATIONS INC.<br>350 5TH AVENUE<br>NEW YORK, NY  10118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132,685.00 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>MCCRANEY MONTAGNET QUIN & NOBLE PLLC<br>602 STEED ROAD<br>SUITE 200<br>RIDGELAND, MS  39157<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,400.00 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>MCPHERSON, MARY RITCHEY<br>C/O THE LAW OFFICES OF GEORGE A BURKE LLC<br>DAVIES PACIFIC CENTER<br>841 BISHOP ST, STE 2201<br>HONOLULU, HI  96813<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>MESSAGEBIRD UK LIMITED<br>160 OLD STREET<br>LONDON  EC1V 9BW<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |

| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>METCALFE & COMPANY RENTAL ACCOUNT<br>5 DAUPHIN STREET<br>MOBILE, AL  36602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,652.91 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.72** **Nonpriority creditor's name and mailing address**
METLIFE
PO BOX 360905
PITTSBURGH, PA  15251-6905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,679.77

---

**3.73** **Nonpriority creditor's name and mailing address**
MICROSOFT CORP
P.O. BOX 842103
DALLAS, TX  75284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,036.78

---

**3.74** **Nonpriority creditor's name and mailing address**
MILLER, CHARLETTE P
C/O BOHRER BRADY LLC
ATTN J K BOURDEAUX
8712 JEFFERSON HWY, STE B
BATON ROUGE, LA  70809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.75** **Nonpriority creditor's name and mailing address**
MONTANA-FORBES, JAHIA
C/O THE CHOPIN  LAW FIRM
650 POYDRAS ST, UNIT 1550
NEW ORLEANS, LA  70130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.76** **Nonpriority creditor's name and mailing address**
MOORE, FLETCHER
C/O SQUITIERI & FEARIB KKO
ATTN: OLIMPIO LEE LQUITIERI
305 BROADWAY 7TH FL
NEW YORK, NY  10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

**3.77**

**Nonpriority creditor's name and mailing address**

NATIONAL SOFTWARE INC
1345 E CHANDLER BLVD.
PHOENIX, AZ  85048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.00

---

**3.78**

**Nonpriority creditor's name and mailing address**

NATURAL INTELLIGENCE LTD
TOTZERET HAARETZ
ST. 6 TOHA BUILDING
TEL AVIV
ISRAEL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,425.00

---

**3.79**

**Nonpriority creditor's name and mailing address**

NUNEZ, JERICA D
C/O THE TOWNSLEY LAW FIRM
ATTN JUSTIN T MORALES
3102 ENTERPRISE BLVD
LAKE CHARLES, LA 70601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.80**

**Nonpriority creditor's name and mailing address**

ONIX NETWORKING CORP
1991 CROCKER RD.
SUITE 600
WESTLAKE, OH  44145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,574.10

---

**3.81**

**Nonpriority creditor's name and mailing address**

PANNELL KERR FORSTER OF TEXAS P.C.
5847 SAN FELIPE ST.
SUITE 2600
HOUSTON, TX  77057-3000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,528.00

| Debtor | Waitr Holdings Inc. | | Case Number (if known) | 24-10676 |
|--------|---------------------|---|------------------------|---------|
| | (Name) | | | |

Case 24-10676-JTD    Doc 16    Filed 04/16/24    Page 103 of 118

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>PATRICK ACOSTA<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,500.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>PDG DIGITAL MARKETING LTD<br>EZER WEIZMAN 4<br>HOD HASHARON<br>ISRAEL<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,400.00 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>PHILLIPS, LASHANTI<br>ANN MARK G ARTALL<br>109 S COLLEGE RD<br>PO BOX 53942<br>LAFAYETTE, LA  70505-3942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.85 | **Nonpriority creditor's name and mailing address**<br><br>PINKERTON, ZACHARY<br>C/O LACROIX, LEVY & BARNETT LLC<br>1101 BOLTON AVE B<br>ALEXANDRIA, LA  71301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.86 | **Nonpriority creditor's name and mailing address**<br><br>RACHAL, PATRICIA<br>C/O SPURGEON LAW FIRM<br>116 VERSAILLES BLVD, STE A<br>ALEXANDRIA, LA  71303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**
REMBERT-SMITH, TRESSA
C/O PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN PC
ATTN AUSTIN WHITTEN & MICHAEL C BRADLEY
2001 PARK PL N, STE 1100
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.88** | **Nonpriority creditor's name and mailing address**
RICHARD, RANDY J
C/O GORDON MCKERNAN INJURY ATTORNEYS
ATTN BRIAN C COLOMB, ATTY
2505 VEROT SCHOOL RD
LAFAYETTE, LA  70508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.89** | **Nonpriority creditor's name and mailing address**
RISK STRATEGIES COMPANY
PO BOX 970069
BOSTON, MA  02297

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,194.50

---

**3.90** | **Nonpriority creditor's name and mailing address**
RYAN LLC
THREE GALLERIA TOWER
13155 NOEL ROAD, SUITE 100
DALLAS, TX  75240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,735.68

---

**3.91** | **Nonpriority creditor's name and mailing address**
RYZE BEYOND LTD
YITZHAK SADEH ST 6
YAFO
TEL AVIV  6777506
ISRAEL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$302,940.00

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | | Amount of claim |
|--|--|----------------|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54,000.00 |
|------|------------------------------------------------------|----------------------------------------------------|-----------|

**3.92**

**Nonpriority creditor's name and mailing address**
SIFTSCIENCE
123 MISSION STREET
SUITE 2000
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,000.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
SIMON, DEJA
C/O SPURGEON LAW FIRM
ATTN THOMAS M DAIGLE; CHRISTOPHER T CASTRO
711 JOHNSTON ST
LAFAYETTE, LA  70501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.94**

**Nonpriority creditor's name and mailing address**
SINGULAR PEOPLE EUROPE, S.L.
NIF: B02946747
CALLE LABASTIDA
MADRID  1 28034
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,096.00

---

**3.95**

**Nonpriority creditor's name and mailing address**
SMART GRAVITY LTD
ESHKOL LEVI 68
QIRYAT ONO  5540084
ISRAEL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,820.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
SMITH, RACHEL WALKER & RANDAL LEE
C/O NORDEN LEACOX PLLC
ATTN ZACHARY A LEACOX, ESQ
964 LAKE BALDWIN LN STE. 200
ORLANDO, FL  32814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

SMITH, RANDALL
C/O SUBLETTE LAW PA
ATTN WILLIAM E SUBLETTE, ESQ
250 N. ORANGE AVE, STE 1220
ORLANDO, FL  32801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.98** | **Nonpriority creditor's name and mailing address**

STEWART, BRADLEY
C/O RENE FREDERICK & ASSOCIATES LLC
ATTN RENE PAUL FREDERICK
112 N JEFFERSON AVE
COVINGTON, LA  70433

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.99** | **Nonpriority creditor's name and mailing address**

STEWART, JESSE
C/O RENE FREDERICK & ASSOCIATES LLC
ATTN RENE PAUL FREDERICK
112 N JEFFERSON AVE
COVINGTON, LA  70433

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.100** | **Nonpriority creditor's name and mailing address**

STONE PRESS LLC
113 CHERRY ST 86480
SEATTLE, WA  98104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,525.00

---

**3.101** | **Nonpriority creditor's name and mailing address**

TALX UCM SERVICES INC DBA TALX UC EXPRESS
4076 PAYSPERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,759.92

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|-------------|------------------|---|

|  |  | Amount of claim |
|--|--|-----------------|

**3.102** | **Nonpriority creditor's name and mailing address**

TELEPERFORMANCE
DEPT 880023
PO BOX 29650
PHOENIX, AZ  85038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$373,683.20**

---

**3.103** | **Nonpriority creditor's name and mailing address**

THE ENGINE ICELAND EHF
GUORUNARTUNI 8
REYKJVICK  105
ICELAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$10,000.00**

---

**3.104** | **Nonpriority creditor's name and mailing address**

THE ULTIMATE SOFTWARE GROUP, INC
1455 NORTH PARK DRIVE
WESTON, FL  33326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$19,775.91**

---

**3.105** | **Nonpriority creditor's name and mailing address**

THIGPEN, PATRICIA
C/O NEBLETT, BEARD  & ARSENAULT
ATTN  MATTHEW J CROTTY
PO BOX 12120
ALEXANDRIA, LA  71315

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**UNKNOWN**

---

**3.106** | **Nonpriority creditor's name and mailing address**

THOMPSON, COLLIN
C/O FINCH DAVIS APLC
ATTN STANLEY F DAVIS III
619 JEFFERSON HWY, STE 1-B, PO BOX 15315
BATON ROUGE, LA  70895-5315

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**UNKNOWN**

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**

TROSCLAIR, TONY
C/O DOMENGEAUX WRIGHT ROY & EDWARDS LLC
ATTN ANDREW J QUACKENBOS
556 JEFFERSON ST, JEFFERSON TWRS, STE 500; PO BOX 3668
LAFAYETTE, LA 70502-3668

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.108**

**Nonpriority creditor's name and mailing address**

TWILIO
375 BEALE STREET
SUITE 300
SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$614.94

---

**3.109**

**Nonpriority creditor's name and mailing address**

UBER TECHNOLOGIES INC
1515 3RD STREET
SAN FRANCISCO, CA 94158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,783,404.75

---

**3.110**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,885.02

---

**3.111**

**Nonpriority creditor's name and mailing address**

VERONA ENTERPRISE LLC
1319 EAST NORTH AVE
BALTIMORE, MD 21213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$433.82

| Debtor | Waitr Holdings Inc. | Case number (if known) | 24-0676 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $174.69

VITAL RECORDS HOLDINGS, LLC
DEPT.  5874
P.O. BOX 11407
BIRMINGHAM, AL  35246

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,433.63

VIVID INK GRAPHICS
8640 AIRLINE HWY
BATON ROUGE, LA  70815

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $235.44

WASTE MANAGEMENT INC. OF FLORIDA
PO BOX 4648
CAROL STREAM, IL  60197-4648

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154,585.00

WEBSELENESE LTD
AZRIELI CENTER, DERECH MENACHEM BEGIN132
TEL AVIV
ISRAEL

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,440.00

WEBTRONIC LTD
READING ST 58
YAFO
TEL AVIV  6905010
ISRAEL

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Waitr Holdings Inc. | Case Number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

3.117    **Nonpriority creditor's name and mailing address**

WESSINGER, LAKISHA G
C/O PITTENGER LAW FIRM
ATTN THOMAS R PITTENGER, ESQ
6700 JEFFERSON HWY, BLDG 12, STE B
BATON ROUGE, LA  70806

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    UNKNOWN
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | BOBBY'S COUNTRY COOKIN' LLC<br>C/O DUDLEY DEBOSIER PC<br>ATTN ADRAS PAIL LABORDE III<br>1075 GOV'T ST<br>BATON ROUGE, LA  70802 | Line 3.12 | |
| 4.2 | BOBBY'S COUNTRY COOKIN' LLC<br>C/O RAINWATER HOLT & SEXTON PA<br>ATTN JOHN RAINWATER<br>801 TECHNOLOGY DR<br>LITTLE ROCK, AR  72222 | Line 3.12 | |
| 4.3 | LUXOR CAPITAL GROUP, LP, AS ADMIN AGENT<br>C/O SIDLEY AUSTIN LLP<br>ATTN: WILLIAM E. CURTIN<br>787 SEVENTH AVENUE<br>NEW YORK, NY  10019 | Line 3.66 | |
| 4.4 | LUXOR CAPITAL GROUP, LP, AS ADMIN AGENT<br>C/O SIDLEY AUSTIN LLP<br>ATTN: WILLIAM H. SCHWAB<br>60 STATE STREET, 36TH FLOOR<br>BOSTON, MA  02109 | Line 3.66 | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | UNDETERMINED |
| 5b. | Total claims from Part 2 | 5b. + | $51,569,431.64 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $51,569,431.64 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Waitr Holdings Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-10676 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | D&O INSURANCE POLICY | AIG INSURANCE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYED LAWYERS INSURANCE POLICY 06-485-70-59 | AIG SPECIALTY<br>175 WATER ST, 18TH FL<br>NEW YORK, NY  10038 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXCESS LIABILITY INSURANCE POLICY C-4LPY-032029 | ARCH SPECIALITY INSURANCE<br>CITYPLACE II, 16TH FLOOR<br>185 ASYLUM STREET<br>HARTFORD, CT  06103 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | D&O INSURANCE POLICY | AXA XL<br>677 WASHINGTON BLVD<br>STAMFORD, CT  06901 |

| Debtor | Waitr Holdings Inc. | | Case Number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIDUCIARY & CRIME INSURANCE POLICY P-001-001068616-01 | AXIS CAPITAL <br> 233 SOUTH WACKER DRIVE <br> SUITE 4930 <br> CHICAGO, IL 60606 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIDUCIARY & CRIME INSURANCE POLICY P-001-001068618-01 | AXIS CAPITAL <br> 233 SOUTH WACKER DRIVE <br> SUITE 4930 <br> CHICAGO, IL 60606 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXCESS EPLI INSURANCE POLICY W34BB6230101 | BEAZLEY GROUP <br> 30 BATTERSON PARK ROAD <br> FARMINGTON, CT 06032 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | D&O INSURANCE POLICY | CANOPIUS <br> 200 SOUTH WACKER DRIVE <br> SUITE 950 <br> CHICAGO, IL 60606 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DIGITAL (CYBER) RISK INSURANCE POLICY D95671305002 | CHUBB <br> 202 HALL'S MILL ROAD <br> WHITEHOUSE STATION, NJ 08889-1600 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AUTO CONTINGENT LIABILITY INSURANCE POLICY US07445 | CRUM & FORSTER INSURANCE <br> 160 WATER ST #16 <br> NEW YORK, NY 10038 |

| Debtor | Waitr Holdings Inc. | Case Number (if known) | 24-10676 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS AUTO-NON OWNED & HIRED INSURANCE POLICY CPA-102508 | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS AUTO-NON OWNED INSURANCE POLICY | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY INSURANCE POLICY XSO370969 | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HIRED & NON-OWNED AUTO INSURANCE POLICY CPA-106639 | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEAD UMBRELLA INSURANCE POLICY | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPERTY INSURANCE POLICY SML 93076695 | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |

| Debtor | Waitr Holdings Inc. | | Case number (if known) | 24-10676 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORKERS' COMPENSATION INSURANCE POLICY 408-745694-7 | CRUM & FORSTER INSURANCE<br>160 WATER ST #16<br>NEW YORK, NY 10038 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT OF LEASE DTD 4/17/2019 | DELCHAMPS BUILDING LLC<br>ATTN BRIAN P METCALFE<br>PO BOX 2903<br>MOBILE, AL 36652 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY INSURANCE POLICY PRX30013310200 | ENDURANCE AMERICAN INSURANCE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREMIUM FINANCING AGREEMENT DTD 11/22/23 | FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD, STE 1000<br>NORTHBROOK, IL 60062-7917 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT OF LEASE DTD 4/17/2019 | GATEWAY WEST PARTNERS LLC<br>ATTN BRIAN P METCALFE<br>PO BOX 2903<br>MOBILE, AL 36652 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY INSURANCE POLICY XSO3403103 | GREAT AMERICAN INSURANCE GROUP<br>301 E. FOURTH ST<br>CINCINNATI, OH 45202 |

Debtor    Waitr Holdings Inc.                                    Case Number (if known) 24-10676

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS EPLI INSURANCE POLICY FRH-G-ML-00000619-01 | HDI GLOBAL SE<br>161 NORTH CLARK ST<br>48TH FL<br>CHICAGOIL, 60601 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS LIABILITY INSURANCE POLICY MTE904438400 | INDIAN HARBOR INSURANCE<br>677 WASHINGTON BLVD<br>STAMFORD, CT  06907 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL LIABILITY INSURANCE POLICY SML 93076695 | IPFS<br>125 S WACKER<br>SUITE 1650<br>CHICAGO, IL  60606 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL LIABILITY INSURANCE POLICY LHA141955 | LANDMARK INSURANCE COMPANY<br>30386 MT. VERNON ROAD<br>PRINCESS ANNE, MD  21853 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXCESS EPLI INSURANCE POLICY 04-173-13-68 | NATIONAL UNION<br>1271 AVENUE OF THE AMERICAS<br>35TH FL<br>NEW YORK, NY  10020-1304 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL LIABILITY INSURANCE POLICY LHA114153 | RSUI INSURANCE COMPANY<br>945 EAST PACES FERRY RD NE<br>ATLANTA, GA  30326 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL LIABILITY INSURANCE POLICY LHA141078 | RSUI INSURANCE COMPANY<br>945 EAST PACES FERRY RD NE<br>ATLANTA, GA  30326 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIQUOR LIABILITY INSURANCE POLICY | RSUI INSURANCE COMPANY<br>945 EAST PACES FERRY RD NE<br>ATLANTA, GA  30326 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | D&O INSURANCE POLICY | SOMPO<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY INSURANCE POLICY ITB100065285023 | STARR INDEMNITY & LIABILITY<br>399 PARK AVE<br>NEW YORK, NY  10022 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EPLI INSURANCE POLICY EUW1948855 00 | WESCO INSURANCE COMPANY<br>800 SUPERIOR AVE<br>CLEVELAND, OH  44114 |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLOOD INSURANCE POLICY 201152086360 00 | WRIGHT NATIONAL FLOOD<br>PO BOX 33003<br>ST PETERSBUG, FL  33733-8003 |

**Fill in this information to identify the case:**

Debtor _____ Waitr Holdings Inc. _____

United States Bankruptcy Court for the: _____ District of Delaware _____

Case number _____ 24-10676 _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes. |

**Fill in this information to identify the case:**

Debtor _____Waitr Holdings Inc._____

United States Bankruptcy Court for the: ____District of Delaware____

Case number ____24-10676____
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Delcaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/16/2024___
 MM / DD / YYYY

✗ ___/s/ Armen Yeghyazarians_____
 Signature of individual signing on behalf of debtor

___Armen Yeghyazarians_____
Printed name

___Authorized Signatory_____
Position or relationship to debtor