# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Waitr Holdings Inc.,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10676-JTD<br><br>**RE: Docket No. 18** |
| In re:<br><br>Waitr Intermediate Holdings, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10677-JTD<br><br>**RE: Docket No. 15** |
| In re:<br><br>Dude Delivery, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10678-JTD<br><br>**RE: Docket No.  15** |
| In re:<br><br>Cape Payments LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10679-JTD<br><br>**RE: Docket No.  16** |
| In re:<br><br>BiteSquad.com, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10680-JTD<br><br>**RE: Docket No. 15** |
| In re:<br><br>ASAP Inc.,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10681-JTD<br><br>**RE: Docket No. 20** |
| In re:<br><br>Have Fun, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10682-JTD<br><br>**RE: Docket No. 15** |
| In re:<br><br>DDIT, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10683-JTD<br><br>**RE: Docket No. 15** |
| In re:<br><br>CDMX Holdings, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10684-JTD<br><br>**RE: Docket No. 15** |
| In re:<br><br>Delivery Logistics, LLC,<br>       Debtor. | Chapter 7<br><br>Case No. 24-10685-JTD<br><br>**RE: Docket No. 18** |

| | |
|---|---|
| In re:<br>Catering on Demand LLC,<br>　　　　Debtor. | Chapter 7<br>Case No. 24-10686-JTD<br>**RE: Docket No. 16** |
| In re:<br>KASA Delivery, LLC,<br>　　　　Debtor. | Chapter 7<br>Case No. 24-10687-JTD<br>**RE: Docket No. 18** |

**ORDER GRANTING TRUSTEE'S MOTION FOR
JOINT ADMINISTRATION OF CHAPTER 7 CASE**

Upon the motion (the "Motion")[2] of the interim Chapter 7 Trustee for an order (a) directing the joint administration of the Bankruptcy Cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that there is just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth in this Order.

2. The above-captioned Bankruptcy Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-10215 (JTD).

3. The caption of the Bankruptcy Cases shall read as follows:

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

LEGAL\69944017\1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WAITR HOLDINGS INC., *et al.*,[1] | ) | Case No. 24-10676 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).

4.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than that of Debtor Waitr Holdings Inc. to reflect the joint administration of these cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the cases of Waitr Holdings, Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD). The docket in Case No. 24-10676 should be consulted for all matters affecting this case.

5.  The Clerk of the United States Bankruptcy Court for the District of Delaware shall keep one consolidated docket, one file, and one consolidated service list for these Bankruptcy Cases.

6.  Nothing in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of these cases and this Order shall be without prejudice to the rights of the Trustee to seek entry of an Order substantively consolidating their respective cases.

7. All pleadings, notices, and other submissions in these cases shall be filed on the docket for Case No. 24-10676 (JTD). However, any proof of claim must be filed in the case of the particular Debtor against which such claim is asserted.

8. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 17th, 2024**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**