IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WAITR HOLDINGS INC., *et al.,*[1] | ) | Case No. 24-10676 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF CHANGE FROM NO ASSET
TO ASSET AND REQUEST TO THE CLERK TO FIX BAR
DATE TO FILE CLAIMS AGAINST THESE JOINTLY ADMINISTERED ESTATES

JEOFFREY L. BURTCH, the Trustee in the above captioned matter, after due inquiry, having discovered assets, hereby gives Notice that these jointly administered cases are Asset cases. The Trustee also requests the Clerk to fix a bar date to file claims against these jointly administered estates.

Date: May 14, 2024

/s/ Jeoffrey L. Burtch, Trustee
Jeoffrey L. Burtch
Chapter 7 Panel Trustee
P. O. Box 549
Wilmington, DE 19899-0549
(302) 472-7427

---

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).