**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WAITR HOLDINGS INC., *et al.*,[1] | ) | Case No. 24-10676 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket No. 29** |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) REJECTING COPIER LEASE AND (II) EXTENDING TIME TO ASSUME OR REJECT ALL OTHER EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)**

I, Gregory F. Fischer, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Trustee's Motion for Entry of an Order (I) Rejecting Copier Lease and (II) Extending Time to Assume or Reject All Other Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion") filed with the Court on May 1, 2024.

Pursuant to the Notice filed with the Motion, objections or other responses were to be filed and served no later than May 15, 2024 at 4:00 p.m.  I further certify that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).

70626764\1

It is hereby respectfully requested that the proposed form of order attached to the Motion be entered at the earliest convenience of the Court.

                                              COZEN O'CONNOR

Dated: May 16, 2024                 */s/ Gregory F. Fischer*
                                              Mark E. Felger (No. 3919)
                                              Gregory F. Fischer (No. 5269)
                                              1201 N. Market Street, Suite 1001
                                              Wilmington, DE 19801-1147
                                              T: 302-295-2000 / F: 302-295-2013
                                              mfelger@cozen.com
                                              gfischer@cozen.com

                                              *Proposed Counsel to Chapter 7 Trustee*