IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WAITR HOLDINGS INC., *et al.*,[1] | ) | Case No. 24-10676 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. 29** |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
(I) REJECTING COPIER LEASE AND (II) EXTENDING TIME TO ASSUME
OR REJECT ALL OTHER EXECUTORY CONTRACTS AND UNEXPIRED
LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)**

Upon consideration of the Trustee's Motion for Entry of an Order (I) Rejecting Copier Lease and (II) Extending Time to Assume or Reject All Other Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1) (the "Motion");[2] the Court finding that notice of the Motion was sufficient; after due deliberation; good and sufficient cause having been shown, it is hereby ordered that:

1. The Motion is GRANTED as set forth herein.

2. The Trustee is authorized to reject the Copier Lease, and the Copier Lease is hereby rejected as of May 1, 2024.

3. Pursuant to 11 U.S.C. § 365(d)(1), the time period within which the Trustee may assume or reject Contracts consisting of all executory contracts and unexpired leases of personal

---

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

LEGAL\70284385\1

2

property other than the Copier Lease is hereby extended by forty-five (45) days, through and including the Extended Deadline of July 16, 2024.

4. The extension provided in this Order shall apply to all of the Debtors' executory contracts and unexpired leases of personal property.

5. This Order is without prejudice to the Trustee's ability to request and obtain additional extensions.

**Dated: May 22nd, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2

LEGAL\70284385\1