**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WAITR HOLDINGS INC., *et al.*,[1] | ) | Case No. 24-10676 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JULY 16, 2024 AT 2:00 P.M. (ET)

**THIS HEARING HAS BEEN CANCELED BY THE COURT.**

SETTLED MATTER

1. Trustee's Motion for Entry of Orders: (I) Approving Use of Cash Collateral and Carve-Out for Benefit of the Estates; (II) Authorizing the Trustee to Retain and Pay Consultants; (III) Approving Sale of Payment Processing Business Assets and ASAP Domain Name Free and Clear of Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief [Docket No. 37; Filed 5/13/24]

    Related Documents:

    A) Interim Order Granting Trustee's Motion for Entry of Order: (I) Approving Use of Cash Collateral and Carve-Out; (II) Authorizing Trustee to Retain Consultant; and (III) Granting Related Relief [Docket No. 56; Entered 5/22/24]

    B) First Omnibus Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of the Payment Processing Business Assets, and the Proposed Cure Amounts [Docket No. 51; Filed 5/21/24]

    C) Second Omnibus Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of the

---

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).

|     | |
| --- | --- |
|     | Payment Processing Business Assets, and the Proposed Cure Amounts [Docket No. 59; Filed 5/22/24] |
| D)  | Third Omnibus Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of the Payment Processing Business Assets, and the Proposed Cure Amounts [Docket No. 60; Filed 5/22/24] |
| E)  | Declaration of Brett Husak in Support of Trustee's Motion for Entry of Orders: (I) Approving Use of Cash Collateral and Carve-Out for Benefit of the Estates; (II) Authorizing the Trustee to Retain and Pay Consultants; (III) Approving Sale of Payment Processing Business Assets and ASAP Domain Name Free and Clear of Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief [Docket No. 70; Filed 6/3/24] |
| F)  | Declaration of Norris Nissim in Support of Trustee's Motion for Entry of Orders: (I) Approving Use of Cash Collateral and Carve-Out for Benefit of the Estates; (II) Authorizing the Trustee to Retain and Pay Consultants; (III) Approving Sale of Payment Processing Business Assets and ASAP Domain Name Free and Clear of Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief [Docket No. 71; Filed 6/3/24] |
| G)  | Declaration of Jeoffrey L. Burtch, Chapter 7 Trustee, in Support of Trustee's Motion for Entry of Orders: (I) Approving Use of Cash Collateral and Carve-Out for Benefit of the Estates; (II) Authorizing the Trustee to Retain and Pay Consultants; (III) Approving Sale of Payment Processing Business Assets and ASAP Domain Name Free and Clear of Interests; (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief [Docket No. 73; Filed 6/4/24] |
| H)  | Final Order Granting Trustee's Motion for Entry of Order: (I) Approving Use of Cash Collateral and Carveout; (II) Authorizing Trustee to Retain Consultant; and (III) Granting Related Relief [Docket No. 76; Entered 6/5/24] |
| I)  | Order Granting Trustee's Motion for Entry of Order: (I) Approving Sale of Payment Processing Business Assets Free and Clear of Interests; (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 77; Entered 6/5/24] |

        J)        Infinite Payments LLC's Witness List [Docket No. 84; Filed 6/25/24]

        K)        Certificate of Counsel regarding Adjournment of June 27, 2024 Hearing on Objection by IPayment of New York, Inc. [Docket No. 85; Filed 6/27/24]

        L)        Order Approving Stipulation [Docket No. 86; Entered 6/27/24]

Response Deadline:    May 29, 2024 at 4:00 p.m. (ET)[2]

Responses Filed:

        1)        Non-Debtor Counter Party IPayment of New York, Inc.'s Objection to Trustee's Motion to Assume and Assign Its Executory Contract [Docket No. 65; Filed 5/29/24]

Status: This matter has been resolved and a Certification of Counsel will be filed. No hearing is necessary.

Dated: July 12, 2024                COZEN O'CONNOR

                                    */s/ Gregory F. Fischer*
                                    Mark E. Felger (No. 3919)
                                    Gregory F. Fischer (No. 5269)
                                    1201 N. Market Street, Suite 1001
                                    Wilmington, DE 19801-1147
                                    T:  302-295-2000 / F: 302-295-2013
                                    mfelger@cozen.com
                                    gfischer@cozen.com

                                    *Counsel to Chapter 7 Trustee*

---

[2] The deadline to raise objections to Cure Amount and the assumption and assignment of the Assumed Contracts was at the Sale Hearing.