**CERTIFICATE OF SERVICE**

I, Michael J. Joyce, hereby certify that on December 16, 2024, I caused a copy of the foregoing *Motion of Michael Boone and Jennifer Walters, Individually and on Behalf of their Minor Child Grace Boone, for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and on the parties below via CM/ECF and first-class mail.

Dated: December 16, 2024            */s/ Michael J. Joyce*
                                     Michael J. Joyce

COZEN O'CONNOR
Mark E. Felger, Esq.
Gregory F. Fischer, Esq.
1201 N. Market Street
Suite 1001
Wilmington, DE 19801-1147
mfelger@cozen.com
gfischer@cozen.com

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Elizabeth Soper Justison, Esq.
Young Conaway
1000 N. King Street
Wilmington, DE 19801
ejustison@ycst.com