## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WAITR HOLDINGS INC., *et al.*,[1] | Case No. 24-10676 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR STATUS CONFERENCE
SCHEDULED FOR APRIL 16, 2025 AT 2:00 P.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESS ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.  THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE eCOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:**
> **https://www.deb.uscourts.gov/ecourt-appearances**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**MATTER GOING FORWARD:**

1. Order Setting Status Conference [Docket No. 161; entered 3/25/2025]

    Related Documents:   None.

    Status: This conference is going forward.

|  |  |
|---|---|
|  | **COZEN O'CONNOR** |
| Dated: April 14, 2025 | */s/ Gregory F. Fischer* |
|  | Mark E. Felger (No. 3919) |
|  | Gregory F. Fischer (No. 5269) |
|  | 1201 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801-1147 |
|  | T:  302-295-2000 / F: 302-295-2013 |
|  | mfelger@cozen.com; gfischer@cozen.com |
|  |  |
|  | *Counsel to Chapter 7 Trustee* |

---

[1] The Debtors in these cases are the following entities (the respective case number for each estate follows in parentheses): Waitr Holdings Inc. (24-10676-JTD), Waitr Intermediate Holdings, LLC (24-10677-JTD), Dude Delivery, LLC (24-10678-JTD), Cape Payments LLC (24-10679-JTD), BiteSquad.com, LLC (24-10680-JTD), ASAP Inc. (24-10681-JTD), Have Fun, LLC (24-10682-JTD), DDIT, LLC (24-10683-JTD ), CDMX Holdings, LLC (24-10684-JTD), Delivery Logistics, LLC (24-10685-JTD), Catering on Demand LLC (24-10686-JTD), and KASA Delivery, LLC (24-10687-JTD).